**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 23-cv-1211

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

       Plaintiff,

v.

WELLPATH, LLC;
THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF EL PASO,
COLORADO;
SHERIFF JOSEPH ROYBAL, in his official capacity;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;
MAKAYLA PATTERSON, individually;
JENNENE SCOTT, individually;

       Defendants.

---

**DEFENDANTS WELLPATH, LLC, ANTHONY LUPO, MICHELLE SILVA, AND
MAKAYLA PATTERSON'S ANSWER AND JURY DEMAND
TO PLAINTIFF'S COMPLAINT**

---

COMES NOW, Defendants Wellpath, LLC, Anthony Lupo, Michelle Silva, and Makayla Patterson, through undersigned counsel, and hereby answers Plaintiff's Complaint as follows:

**<u>INTRODUCTION</u>**

1.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint, and therefore denies the same.

2.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the

1

allegations in Paragraph 2 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

3.       The allegations in Paragraph 3 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, this Defendant avers that the allegations contained in Paragraph 3 of the Complaint call for legal conclusions to which no response is required. To the extent a response is required, this Defendant further avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 3 that contradict, supplement, or otherwise vary from the law. Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint, and therefore denies the same.

4.       Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

5.       Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint, and therefore denies the same. In addition, it is admitted

that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

6.      Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 6 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

7.      Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 7 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

## JURISDICTION AND VENUE

8.      This Defendant does not contest jurisdiction or venue as alleged in Paragraph 8 of the Complaint.

9.      This Defendant does not contest jurisdiction or venue as alleged in Paragraph 9 of the Complaint.

10.      This Defendant does not contest jurisdiction or venue as alleged in Paragraph 10 of the Complaint.

11.     This Defendant does not contest jurisdiction or venue as alleged in Paragraph 11 of the Complaint.

## PARTIES

12.     This Defendant is without sufficient information to admit or deny the allegations in Paragraph 12 of the Complaint, and therefore denies the same.

13.     This Defendant is without sufficient information to admit or deny the allegations in Paragraph 13 of the Complaint, and therefore denies the same.

14.     This Defendant is without sufficient information to admit or deny the allegations in Paragraph 14 of the Complaint, and therefore denies the same.

15.     This Defendant admits that Wellpath, LLC contracted with BOCC to provide health care to detainees and inmates at the jail. This Defendant is without sufficient information to admit or deny the remaining allegations in Paragraph 15 of the Complaint and denies the same.

16.     This Defendant is without sufficient information to admit or deny the allegations in Paragraph 16 of the Complaint, and therefore denies the same.

17.     This Defendant admits that Plaintiff refers to the El Paso County Sheriff and the BOCC collectively as "El Paso County" or "the County" in her Complaint.

18.     The allegations contained in Paragraph 18 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 18 that contradict, supplement, or otherwise vary from Federal or Colorado law. Because discovery has not commenced and not all facts are known, at this time, this Defendant

states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 18 of the Complaint, and therefore denies the same.

19.     This Defendant admits the allegations in Paragraph 19 of the Complaint.

20.     This Defendant admits that since 2020, Defendant Wellpath has contracted with El Paso County to provide medical services to the jail's detainees and inmates. The remaining allegations contained in Paragraph 20 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 20 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint, and therefore denies the same.

21.     This Defendant admits that Plaintiff refers to the El Paso County Defendants and Wellpath collectively as "Entity Defendants" in her Complaint.

22.     This Defendant is without sufficient information to admit or deny the allegations in Paragraph 22 of the Complaint, and therefore denies the same.

23.     This Defendant admits the allegations in Paragraph 23 of the Complaint.

24.     This Defendant admits the allegations in Paragraph 24 of the Complaint.

25.     This Defendant admits the allegations in Paragraph 25 of the Complaint.

26.     This Defendant admits that Plaintiff refers to the Defendants Lupo, Silva, and Patterson as the "Individual Wellpath Defendants" in her Complaint.

## STATEMENT OF FACTS

27.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint, and therefore denies the same.

28.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint, and therefore denies the same.

29.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint, and therefore denies the same.

30.     This Defendant admits that a duodenal ulcer is a particular kind of peptic ulcer, located in the upper part of the small intestine or duodenum.

31.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 31 of the Complaint call for expert opinions.

32.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 32 of the Complaint call for expert opinions.

33.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the

allegations in Paragraph 33 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 33 of the Complaint call for expert opinions.

34.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 34 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 34 of the Complaint call for expert opinions.

35.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 35 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 35 of the Complaint call for expert opinions.

36.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 36 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 36 of the Complaint call for expert opinions.

**Mr. Canett Was Recklessly Removed from the St. Francis ER Waiting Room by CSPD Sgt. Scott Before He Could Be Evaluated by a Doctor**

37.     The allegations contained in Paragraph 37 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent that a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 37 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

38.     The allegations contained in Paragraph 38 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

39.     The allegations contained in Paragraph 39 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 39 of the Complaint, and therefore denies the same.

40.     The allegations contained in Paragraph 40 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 40 of the Complaint, and therefore denies the same.

41.     The allegations contained in Paragraph 41 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's

medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

42.      The allegations contained in Paragraph 42 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 42 of the Complaint, and therefore denies the same.

43.      The allegations contained in Paragraph 43 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 43 of the Complaint, and therefore denies the same.

44.      The allegations contained in Paragraph 44 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 44 of the Complaint, and therefore denies the same.

45.      The allegations contained in Paragraph 45 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 45 of the Complaint, and therefore denies the same.

46.     The allegations contained in Paragraph 46 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 46 of the Complaint, and therefore denies the same.

47.     The allegations contained in Paragraph 47 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 47 of the Complaint, and therefore denies the same.

48.     The allegations contained in Paragraph 48 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint, and therefore denies the same.

49.     The allegations contained in Paragraph 49 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 49 of the Complaint, and therefore denies the same.

50.     The allegations contained in Paragraph 50 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery

has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 50 of the Complaint, and therefore denies the same.

51.     The allegations contained in Paragraph 51 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 51 of the Complaint, and therefore denies the same.

52.     The allegations contained in Paragraph 52 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 52 of the Complaint, and therefore denies the same.

53.     The allegations contained in Paragraph 53 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 53 of the Complaint, and therefore denies the same.

54.     The allegations contained in Paragraph 54 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without

sufficient information to form a belief as to the truth of the allegations in Paragraph 54 of the Complaint, and therefore denies the same.

55.     The allegations contained in Paragraph 55 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

56.     The allegations contained in Paragraph 56 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 56 of the Complaint, and therefore denies the same.

57.     The allegations contained in Paragraph 57 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint, and therefore denies the same.

58.     The allegations contained in Paragraph 58 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without

sufficient information to form a belief as to the truth of the allegations in Paragraph 58 of the Complaint, and therefore denies the same.

59.     The allegations contained in Paragraph 59 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 59 of the Complaint, and therefore denies the same.

60.     The allegations contained in Paragraph 60 of the Complaint are not directed to this Defendant. As such, no response is required. The allegations contained in Paragraph 60 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 60 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint, and therefore denies the same.

61.     The allegations contained in Paragraph 61 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent that a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint, and therefore denies the same.

62.     The allegations contained in Paragraph 62 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 62 that contradict, supplement, or otherwise vary from Federal or Colorado law. Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 62 of the Complaint, and therefore denies the same.

### Charge Nurse Lupo Recklessly Disregarded Mr. Canett's Serious Medical Complaints and Visibly Ill Appearance

63.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 63 of the Complaint, and therefore denies the same.

64.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 64 of the Complaint, and therefore denies the same.

65.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint, and therefore denies the same.

66.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint, and therefore denies the same.

67.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 67 of the Complaint, and therefore denies the same.

68.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint, and therefore denies the same.

69.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 69 of the Complaint, and therefore denies the same.

70.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

71.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 71, and therefore denies the same.

72.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 72, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

73.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 73, and therefore denies the same.

74.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 74, and therefore denies the same.

75.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 75, and therefore denies the same.

76.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 76, and therefore denies the same.

77.     This Defendant admits the allegations contained in Paragraph 77 of the Complaint.

78.     This Defendant admits the allegations contained in Paragraph 78 of the Complaint.

79.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 79, and therefore denies the same. Furthermore, the allegations contained in Paragraph 79 of the Complaint call for expert opinions.

80.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 80, and therefore denies the same.

81.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

**Nurses Refused Mr. Canett Necessary Medical Care Despite Deputies Calling for Help**

82.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 82, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

83.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

84.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 84, and therefore denies the same.

85.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 85, and therefore denies the same.

86.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 86, and therefore denies the same.

87.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

88.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 88, and therefore denies the same.

89.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 89, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

90.     The allegations contained in Paragraph 90 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 90 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 90 of the Complaint, and therefore denies the same.

91.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 91, and therefore denies the same.

92.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 92, and therefore denies the same.

93.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 93, and therefore denies the same.

94.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 94, and therefore denies the same.

95.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 95, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

96.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 96, and therefore denies the same.

97.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 97, and therefore denies the same.

98.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 98, and therefore denies the same.

99.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 99, and therefore denies the same.

100.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 100, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

101.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 101, and therefore denies the same.

102.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 102, and therefore denies the same.

103.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 103, and therefore denies the same.

104.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 104, and therefore denies the same.

105.     The allegations contained in Paragraph 105 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 105 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 105 of the Complaint, and therefore denies the same.

106.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 106, and therefore denies the same.

107.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 107, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

108.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 108, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

109.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 109, and therefore denies the same. Furthermore, the allegations contained in Paragraph 109 of the Complaint call for expert opinions.

110.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 110, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

111.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 111, and therefore denies the same. In addition, it is admitted that Plaintiff's Decedent's medical and jail records more completely and accurately describe his medical condition and treatment. To the extent this allegation differs from Plaintiff's Decedent's records, it is denied.

112.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 112, and therefore denies the same.

113.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 113, and therefore denies the same.

114.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 114, and therefore denies the same. Furthermore, the allegations contained in Paragraph 114 of the Complaint call for expert opinions.

115.     The allegations contained in Paragraph 115 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 115 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 115 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 115 of the Complaint call for expert opinions.

116.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 116, and therefore denies the same.

117.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 117, and therefore denies the same. Furthermore, the allegations contained in Paragraph 117 of the Complaint call for expert opinions.

118.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 118, and therefore denies the same.

119.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 119, and therefore denies the same.

120.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 120, and therefore denies the same.

121.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 121, and therefore denies the same.

122.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 122, and therefore denies the same.

123.    This Defendant admits that Mr. Canett died.

124.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies the same.

125.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 125, and therefore denies the same.

126.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies the same.

127.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 127, and therefore denies the same.

128.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 128, and therefore denies the same. Furthermore, the allegations contained in Paragraph 128 of the Complaint call for expert opinions. In addition, it is admitted that Plaintiff's autopsy report more completely and accurately describes the cause(s) of his death. To the extent this allegation differs from Plaintiff's Decedent's autopsy report, it is denied.

129.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 129, and therefore denies the same. Furthermore, the allegations contained in Paragraph 129 of the Complaint call for expert opinions.

130.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 130, and therefore denies the same.

131.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 131, and therefore denies the same.

132.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 132, and therefore denies the same.

**Wellpath's Practices, Policies, Customs and Habits Were Moving Forces in the Unconstitutional Death of Cristo Canett**

133.   This Defendant admits that it contracted with El Paso County to provide medical and mental health care to people incarcerated at El Paso County jail.

134.   The allegations contained in Paragraph 134 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 134 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 134 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 134 of the Complaint call for expert opinions.

135.   The allegations contained in Paragraph 135 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 135 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 135 of the Complaint, and therefore denies the same. Furthermore, the allegations contained in Paragraph 135 of the Complaint call for expert opinions.

136.   Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 136, and therefore denies the same.

137.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 137, and therefore denies the same.

138.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 138, and therefore denies the same.

139.    The allegations contained in Paragraph 139 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 139 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 139, and therefore denies the same. Furthermore, the allegations contained in Paragraph 139 of the Complaint call for expert opinions.

140.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 140, and therefore denies the same.

141.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 141, and therefore denies the same.

142.    The allegations contained in Paragraph 142 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 142 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 142, and therefore denies the same. Furthermore, the allegations contained in Paragraph 142 of the Complaint call for expert opinions.

### Mr. Canet's Death Was Preceded and Followed by Many Other Deaths and Serious Injuries at the Jail

143.    The allegations contained in Paragraph 143 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speaks for themselves and denies any and all allegations in Paragraph 143 that contradict, supplement, or otherwise vary from Federal or Colorado law.  Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 143, and therefore denies the same. Furthermore, the allegations contained in Paragraph 143 of the Complaint call for expert opinions.

144.    The allegations contained in Paragraph 144 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 144 that contradict, supplement, or otherwise vary from Federal or Colorado law.  As to the remaining allegations in Paragraph 144, this Defendant denies them as to this action.

145.    The allegations contained in Paragraph 145 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 145 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 145, this Defendant denies them as to this action.

146.    The allegations contained in Paragraph 146 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 146 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 146, this Defendant denies them as to this action.

147.    The allegations contained in Paragraph 147 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 147 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 147, this Defendant denies them as to this action.

148.    The allegations contained in Paragraph 148 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 148 that contradict, supplement, or otherwise vary from Federal or

Colorado law. As to the remaining allegations in Paragraph 148, this Defendant denies them as to this action.

149.    The allegations contained in Paragraph 149 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 149 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 149, this Defendant denies them as to this action.

150.    The allegations contained in Paragraph 150 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 150 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 150, this Defendant denies them as to this action.

151.    The allegations contained in Paragraph 151 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 151 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 151, this Defendant denies them as to this action.

152.    The allegations contained in Paragraph 152 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 152 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 152, this Defendant denies them as to this action.

153.    The allegations contained in Paragraph 153 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 153 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 153, this Defendant denies them as to this action.

154.    The allegations contained in Paragraph 154 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 154 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 154, this Defendant denies them as to this action.

### The El Paso County Deaths and Serious Injuries are Part of Wellpath's National Pattern of Unconstitutional Care

155.    The allegations contained in Paragraph 155 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 155 that contradict, supplement, or otherwise vary from Federal or

Colorado law. As to the remaining allegations in Paragraph 155, this Defendant denies them as to this action.

156.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 156 of the Complaint, and therefore denies the same.

157.     The allegations contained in Paragraph 157 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 157 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 157, this Defendant denies them as to this action.

158.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 158 of the Complaint, and therefore denies the same.

159.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 159 of the Complaint, and therefore denies the same.

160.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 160 of the Complaint, and therefore denies the same.

161.     The allegations contained in Paragraph 161 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 161 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 161, this Defendant denies them as to this action.

162.    The allegations contained in Paragraph 162 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 162 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 162, this Defendant denies them as to this action.

163.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 163 of the Complaint, and therefore denies the same.

164.    The allegations contained in Paragraph 164 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 164 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 164, this Defendant denies them as to this action.

165.    The allegations contained in Paragraph 165 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all

allegations in Paragraph 165 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 165, this Defendant denies them as to this action.

166.    The allegations contained in Paragraph 166 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 166 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 166, this Defendant denies them as to this action.

167.    The allegations contained in Paragraph 167 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 167 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 167, this Defendant denies them as to this action.

168.    The allegations contained in Paragraph 168 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 168 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 168, this Defendant denies them as to this action.

169.    The allegations contained in Paragraph 169 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 169 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 169, this Defendant denies them as to this action.

170.    The allegations contained in Paragraph 170 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 170 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 170, this Defendant denies them as to this action.

171.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 171 of the Complaint, and therefore denies the same.

172.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 172 of the Complaint, and therefore denies the same.

173.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 173 of the Complaint, and therefore denies the same.

174.    The allegations contained in Paragraph 174 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 174 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 174, this Defendant denies them as to this action.

175.    The allegations contained in Paragraph 175 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 175 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 175, this Defendant denies them as to this action.

176.    The allegations contained in Paragraph 176 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 176 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 176, this Defendant denies them as to this action.

177.    The allegations contained in Paragraph 177 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 177 that contradict, supplement, or otherwise vary from Federal or

Colorado law. As to the remaining allegations in Paragraph 177, this Defendant denies them as to this action.

178.     The allegations contained in Paragraph 178 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 178 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 178, this Defendant denies them as to this action.

179.     The allegations contained in Paragraph 179 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 179 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 179, this Defendant denies them as to this action.

180.     The allegations contained in Paragraph 180 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 180 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 180, this Defendant denies them as to this action.

181.     The allegations contained in Paragraph 181 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 181 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 181, this Defendant denies them as to this action.

### County Defendants Are Liable for their Policy Decisions to Re-Hire and Maintain Wellpath as the Medical Company in the Jail Despite Known Misconduct and Continuing Unconstitutional Care Prior to Mr. Canett's Death

182.    This Defendant admits the allegations in Paragraph 182 of the Complaint.

183.    The allegations contained in Paragraph 183 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 183 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 183, this Defendant denies them as to this action.

184.    The allegations in Paragraph 184 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 184 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 184 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 184, this Defendant denies them as to this action.

185.    The allegations contained in Paragraph 185 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 185 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 185, this Defendant denies them as to this action.

186.    The allegations in Paragraph 186 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 186 of the Complaint, and therefore denies the same.

187.    The allegations in Paragraph 187 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 187 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 187 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 187, this Defendant denies them as to this action.

188.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 188 of the Complaint, and therefore denies the same.

189.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 189 of the Complaint, and therefore denies the same.

190.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 190 of the Complaint, and therefore denies the same.

191.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 191 of the Complaint, and therefore denies the same.

192.     The allegations in Paragraph 192 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 192 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 192 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 192, this Defendant denies them as to this action.

193.     The allegations in Paragraph 193 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 193 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 193 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 193, this Defendant denies them as to this action.

194.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 194 of the Complaint, and therefore denies the same at to this action.

195.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 195 of the Complaint, and therefore denies the same.

196.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 196 of the Complaint, and therefore denies the same as to this action.

197.     The allegations contained in Paragraph 197 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 197 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 197, this Defendant denies them as to this action.

198.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 198 of the Complaint, and therefore denies the same as to this action.

199.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 199 of the Complaint, and therefore denies the same as to this action.

200.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 200 of the Complaint, and therefore denies the same as to this action.

201.    The allegations contained in Paragraph 201 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 201 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 201, this Defendant denies them as to this action.

202.    The allegations contained in Paragraph 202 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 202 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 202, this Defendant denies them as to this action.

**Defendants Have Spoliated Video Evidence Central to these Claims**

203.    This Defendant admits that Mr. Canett died on April 26, 2022.

204.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 204 of the Complaint, and therefore denies the same.

205.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 205 of the Complaint, and therefore denies the same.

206.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 206 of the Complaint, and therefore denies the same.

207.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 207 of the Complaint, and therefore denies the same.

208.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 208 of the Complaint, and therefore denies the same.

209.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 209 of the Complaint, and therefore denies the same.

210.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 210 of the Complaint, and therefore denies the same.

211.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 211 of the Complaint, and therefore denies the same.

212.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 212 of the Complaint, and therefore denies the same.

213.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 213 of the Complaint, and therefore denies the same.

214.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 214 of the Complaint, and therefore denies the same.

215.    The allegations in Paragraph 215 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 215 of the Complaint, and therefore denies the same.

216.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 216 of the Complaint, and therefore denies the same.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### Violation of 42 U.S.C. § 1983 – 14th Amendment
### Unconstitutional Medical Care

217.    Paragraph 217 of the Complaint is a paragraph of incorporation. As such and in response, this Defendant incorporates its responses as set forth above.

218.     This Defendant admits that 42 U.S.C § 1983 provides as Plaintiff alleges.

219.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 219 of the Complaint, and therefore denies the same.

220.     Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 220 of the Complaint, and therefore denies the same.

221.     The allegations contained in Paragraph 221 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 221 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 221, this Defendant denies the same.

222.     The allegations contained in Paragraph 222 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 222 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 222, this Defendant denies the same.

223.     The allegations contained in Paragraph 223 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 223 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 223, this Defendant denies the same.

224.    The allegations contained in Paragraph 224 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 224 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 224, this Defendant denies the same.

225.    The allegations contained in Paragraph 225 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 225 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 225, this Defendant denies the same.

226.    The allegations contained in Paragraph 226 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 226 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 226, this Defendant denies the same.

227.    The allegations contained in Paragraph 227 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 227 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 227, this Defendant denies the same.

228.    The allegations contained in Paragraph 228 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this

Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 228 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 228, this Defendant denies the same.

229.    The allegations contained in Paragraph 229 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 229 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 229, this Defendant denies the same.

**SECOND CLAIM FOR RELIEF**
**Violation of 42 U.S.C. § 1983 – 14th Amendment**
**Unconstitutional Policies**
(Plaintiff Estate against Entity Defendants)

230.    Paragraph 230 of the Complaint is a paragraph of incorporation. As such and in response, this Defendant incorporates its responses as set forth above.

231.    This Defendant admits that 42 U.S.C § 1983 provides as Plaintiff alleges.

232.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 232 of the Complaint, and therefore denies the same.

233.    Because discovery has not commenced and not all facts are known, at this time, this Defendant states that it is without sufficient information to form a belief as to the truth of the allegations in Paragraph 233 of the Complaint, and therefore denies the same.

234.    The allegations contained in Paragraph 234 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all

allegations in Paragraph 234 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 234, this Defendant denies the same.

235.   The allegations contained in Paragraph 235 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 235 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 235, this Defendant denies the same.

236.   The allegations contained in Paragraph 236 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 236 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 236, this Defendant denies the same.

237.   The allegations in Paragraph 237 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 237 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 237 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 237, this Defendant denies the same.

238.   The allegations contained in Paragraph 238 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all

allegations in Paragraph 238 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 238, this Defendant denies the same.

239.   The allegations contained in Paragraph 239 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 239 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 239, this Defendant denies the same.

240.   The allegations contained in Paragraph 240 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 240 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 240, this Defendant denies the same.

241.   The allegations contained in Paragraph 241 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 241 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 241, this Defendant denies the same.

### THIRD CLAIM FOR RELIEF
**Colo. Rev. Stat. § 13-21-131**
**Cruel and Unusual Punishment and Deprivation of Due Process**
**Violation of Colorado Constitution, Article 2, Section 20 & 25**
(Plaintiff Estate against Defendant CSPD Sgt. Scott in her individual capacity)

242.   Paragraph 242 of the Complaint is a paragraph of incorporation. As such and in response, this Defendant incorporates its responses as set forth above.

243.    The allegations in Paragraph 243 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, this Defendant admits that Plaintiff brings a claim against Defendant CSPD Sgt. Jennene Scott in her individual capacity.

244.    The allegations in Paragraph 244 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 244 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 244 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 244, this Defendant denies the same.

245.    The allegations in Paragraph 245 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 245 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 245 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 245, this Defendant denies the same.

246.    The allegations in Paragraph 246 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 246 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 246 that contradict, supplement, or

otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 246, this Defendant denies the same.

247.    The allegations in Paragraph 247 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 247 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 247 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 247, this Defendant denies the same.

248.    The allegations in Paragraph 248 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 248 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 248 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 248, this Defendant denies the same.

249.    The allegations in Paragraph 249 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 249 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 249 that contradict, supplement, or

otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 249, this Defendant denies the same.

250.    The allegations in Paragraph 250 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 250 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 250 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 250, this Defendant denies the same.

251.    The allegations in Paragraph 251 of the Complaint are not directed to this Defendant. As such, no response is required. To the extent a response is required, the allegations contained in Paragraph 251 of the Complaint call for legal conclusions to which no response is required. To the extent that a response is required, this Defendant avers that Federal and Colorado law speak for themselves and denies any and all allegations in Paragraph 251 that contradict, supplement, or otherwise vary from Federal or Colorado law. As to the remaining allegations in Paragraph 251, this Defendant denies the same.

## **AFFIRMATIVE DEFENSES**

1.    Plaintiff's injuries and damages, if any, may be the result of Plaintiff's own negligence, which negligence bars or comparatively diminishes Plaintiff's right of recover pursuant to § 13-21-111, C.R.S.

2.    Plaintiff may not be the real part in interest to all the claims set forth in Plaintiff's Complaint.

3.      Plaintiff may have failed to mitigate damages, if any, as required by law.

4.      Any damages complained of by the Plaintiff were caused by the Plaintiff's own acts or omissions or the acts or omissions of others over whom these Defendants have no control or the right of control.

5.      Plaintiff's claims as set forth in the Complaint and the bringing and maintaining of Plaintiff's action are frivolous and groundless.

6.      Plaintiff's injuries and damages, if any, may be the result of Plaintiff's failure to follow reasonable medical advice and instructions of attending physicians and health care providers.

7.      Plaintiff's recovery of exemplary damages, if any, is limited by the provisions of § 13-21-102, C.R.S.

8.      At the time in question, these Defendants were rendering emergency care or assistance and are exempt from liability under the provisions of § 13-21-108, C.R.S.

9.      In the event that a verdict is returned in favor of the plaintiff, these Defendants are entitled to a reduction of the damage award, if any, to the extent of any payments made to the plaintiff from a collateral source under the provisions of § 13-21-111.6, C.R.S.

10.     Plaintiff's recovery, if any, is limited by the provisions of § 13-21-203, C.R.S., and the applicable case law.

11.     These Defendants' liability, if any, is limited by the provisions of § 13-21-111.5, C.R.S.

12.     These Defendants reserve the right to assert the applicable substantive and procedural provisions of the Colorado Uniform Contribution Among Tortfeasors Act, §§ 13-50.5-102, *et seq.*, C.R.S.

13.     Plaintiff's damages, if any, may be the sole and proximate result of a pre-existing condition.

14.     Plaintiff's Complaint fails to state compliance and Plaintiff has failed to comply with the statutory conditions precedent and, therefore, Plaintiff's claims may be barred.

15.     These Defendants assert any and all protections, limitations and rights afforded under the Health Care Availability Act, §§ 13-64-101, *et seq.*, C.R.S.

16.     Although these Defendants expressly deny any wrongdoing, Plaintiff is hereby notified that Defendants' judgment liability, if any, is limited to the degree of negligence or fault attributable to each of the tortfeasors pursuant to C.R.S. § 13-21-111.5. Plaintiff is further notified that Defendants reserve the right to designate nonparties pursuant to C.R.S. § 13-21-111.5(3)(b). In the event of a settlement or judgment in favor of Plaintiff and any other alleged tortfeasor, Plaintiff is further notified of Defendant's claimed right of contribution and/or statutory credit the degree or percent of negligence or fault attributable to the other alleged tortfeasor. *See* C.R.S. § 13-50.5-103 through 105. In the event of a settlement between Plaintiff and any nonparty tortfeasor and/or in the event of the dismissal of a party without payment, this paragraph constitutes Defendants' notice of designation pursuant to C.R.S. § 13-21-111.5, with a supplemental notice to be filed upon notification of settlement or dismissal.

**RIGHT TO AMEND**

These Defendants reserve the right to amend this answer and add additional defenses as warranted by subsequent investigation and ongoing discovery in this lawsuit.

**THESE DEFENDANTS DEMAND A TRIAL BY A JURY OF SIX.**

Respectfully submitted this 18th day of July 2023.

_/s/ Patrick Hale_____
Brenda S. McClearn, #54353
Patrick Hale, #57649
5445 DTC Parkway, Ste. 900
Greenwood Village, CO 80111
*Attorneys for Defendants Wellpath, LLC, Anthony Lupo, Michelle Silva, and Makayla Patterson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July 2023, the foregoing **DEFENDANTS WELLPATH, LLC, ANTHONY LUPO, MICHELLE SILVA, AND MAKAYLA PATTERSON'S ANSWER AND JURY DEMAND TO PLAINTIFF'S COMPLAINT** was filed electronically via CM/ECF and a true and accurate copy was served on the following:

| | |
|---|---|
| Anna Holland Edwards<br>Erica T. Grossman<br>John Holland<br>Dan Weiss<br>Rachel Kennedy<br>Holland, Holland Edwards & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone:  303-860-1331<br>Fax:      303-832-6506<br>E-mail:  anna@hheglaw.com | Erik Lamphere<br>Colorado Springs City Attorney's Office<br>30 S. Nevada Avenue. Suite 501<br>Colorado Springs, CO 80903<br>Phone:  719-385-5549<br>E-mail:<br>erik@lamphere@coloradosprings.gov |

*/s/ Lorie Whalen*
Lorie Whalen