IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC;
SHERIFF JOSEPH ROYBAL, in his official capacity;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;

    Defendants.

---

## NOTICE OF PARTIAL SETTLEMENT
---

Plaintiff and Defendant Sheriff Joseph Roybal, in his official capacity, through undersigned counsel, submit the following Joint Notice of Settlement:

1.     Plaintiff and the County Defendants have reached a settlement, subject to approval by a Probate Court for the minor beneficiary, and the Board of County Commissioners thereafter. The settlement approval hearing is set for October 15, 2024. Should the settlement be approved that day by the Court, and subsequently by the BOCC, the parties anticipate the matter can be fully resolved by November 22, 2024.

    Respectfully submitted this 9th day of October, 2024

| EL PASO COUNTY ATTORNEY'S OFFICE | HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC |
|---|---|
| */s/ Nathan Whitney* | |
| Nathan J. Whitney | */s/ Anna Holland Edwards* |

| | |
|---|---|
| Bryan E. Schmid<br>Steven Marytn<br>200 S. Cascade Ave.<br>Colorado Springs, CO 80903<br>nathanwhitney@elpasoco.com<br>*Attorneys for Sheriff Roybal* | Anna Holland Edwards<br>Erica Grossman<br>1437 High Street<br>Denver, CO 800218<br>anna@hheglaw.com<br>*Attorneys for Plaintiff* |

OVERTURF, MCGATH & HULL, P.C.

/s/ Jeremy B. Goldblatt
Brandon P. Hull
Jeremy B. Goldblatt
Lindsey Jay
625 E. 16th Ave.
Denver, CO 80203
jbg@omhlaw.com
*Attorneys for Sheriff Roybal*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of October, 2024, I electronically filed the foregoing **NOTICE OF PARTIAL SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Paul A. Faraci<br>Charles Wood<br>FARACI LEASURE, LLC<br>pfaraci@faracileasure.com<br>cwood@fw-llc.com<br>*Attorney for Defendant Lupo* | Phillip E. Friduss<br>Robin E. Daitch<br>HALL BOOTH SMITH, P.C.<br>pfriduss@hallboothsmith.com<br>rdaitch@hallboothsmith.com<br>*Attorneys for Defendants Wellpath & Silva* |

                                          */s/ Brooke Thiele-LaForest*
                                          Brooke Thiele-LaForest, Paralegal