# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

THE ESTATE OF CRISTO JESUS CANETT, By and through its personal representative Elizabeth Naranjo;

Plaintiff,

v.

WELLPATH, LLC; THE BOARD OF COMMISSIONERS OF THE COUNTY OF EL PASO, COLORADO; SHERIFF JOSEPH ROYBAL, in his official capacity; ANTHONY LUPO, individually; MICHELLE SILVA, individually; MAKAYLA PATTERSON, individually; JENNENE SCOTT, individually;

Defendants.

Civil Action No.: 23-cv-01211-DDD-MDB

## DEFENDANT WELLPATH, LLC'S AMENDED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

COMES NOW, WELLPATH, LLC, Defendant herein, and files and serves this Amended Motion to Extend the Dispositive Motions Deadline through, and including, November 27, 2024, showing the Court as follows:

## COMPLIANCE WITH D.C.COLO.LCivR 7.1

Plaintiff, Wellpath, and Defendant Silva consented to the instant Motion. The Sheriff/County Defendants do not oppose the instant Motion. Defendant Lupo consents to moving the dispositive motion deadline through and including November 27, 2024, but does not consent to his being unable to move for further extension if the need so arises.

## MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE

The current dispositive motions deadline expires October 25, 2024. Given that Defendant Wellpath has both moved for a stay of compliance with the Court's October 11, 2025 Order, and concomitantly placed all Parties on notice it intends to formally object to that Order, the Parties agree certain complications arise for all sides with adherence to the present dispositive motions deadline and the necessary other deadlines that come with same. As a result, they have agreed as follows:

Plaintiff, Wellpath, Silva and Lupo consent to extending the current dispositive motions deadline through and including November 27, 2024, with Wellpath being bound to not seeking further extensions to that deadline "based on any outstanding discovery issues." As mentioned, while Defendant Lupo consents to the extension, he does not consent to being unable to request to further extend that deadline should the need arise. The County/Sheriff Defendants do not oppose this motion.

WHEREFORE, Wellpath respectfully requests this Court grant its request to extend the dispositive motions deadline through and including November 27, 2024 - Wellpath and Silva being bound by that deadline with no further right of extension based on any outstanding discovery issues. Defendant Lupo requests the Court not bind him to that extended deadline should the need arise.

Respectfully submitted this 24th day of October, 2024.

          **HALL BOOTH SMITH, P.C.**

          */s/ Phillip E. Friduss*
          PHILLIP E. FRIDUSS
          ROBIN E. DAITCH
          *Counsel for Defendants Wellpath, LLC*
          *and Makayla Patterson*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE ESTATE OF CRISTO JESUS CANETT, By and through its personal representative Elizabeth Naranjo;<br><br>Plaintiff,<br><br>v.<br><br>WELLPATH, LLC; THE BOARD OF COMMISSIONERS OF THE COUNTY OF EL PASO, COLORADO; SHERIFF JOSEPH ROYBAL, in his official capacity; ANTHONY LUPO, individually; MICHELLE SILVA, individually; MAKAYLA PATTERSON, individually; JENNENE SCOTT, individually;<br><br>Defendants. | Civil Action No.:<br>23-cv-01211-DDD-MDB |

## CERTIFICATE OF SERVICE

This is to certify that on this day I have electronically filed the foregoing **DEFENDANT WELLPATH, LLC'S AMENDED MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINE** with the Court using the CM/ECF System and served a copy via the e-filing system, which will automatically serve the following parties:

<div style="display: flex;">
<div>

Anna C. Holland-Edwards
Erica Tick Grossman
Dan Weiss
Rachel Claire Kennedy
**HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC**
1437 North High Street
Denver, CO 80218
anna@hheglaw.com
egrossman@johnhollandlaw.com
dan@hheglaw.com
rachel@hheglaw.com
*Counsel for Plaintiffs*

Brandon Philip Hull
Jeremy Brent Goldblatt
Lindsey Warren Jay
**OVERTURF MCGATH & HULL, P.C.**
625 East 16th Avenue, Suite 100
Denver, CO 80203
bph@omhlaw.com
jbg@omhlaw.com
lwj@omhlaw.com
*Counsel for Sheriff Joseph Roybal*

Paul Andrew Faraci
**FARACI LEASURE, LLC**
4500 Cherry Creek Drive South
Suite 675
Denver, CO 80246
pfaraci@faracileasure.com
*Counsel for Anthony Lupo*

</div>
<div>

Bryan E. Schmid
Nathan James Whitney
Steven Ward Martyn
**EL PASO COUNTY ATTORNEY'S OFFICE**
200 South Cascade Avenue, Suite 150
Colorado Springs, CO 80903
bryanschmid@elpasoco.com
nathanwhitney@elpasoco.com
stevenmartyn@elpasoco.com
*Counsel for Bd of Cty Commissioners of the County of El Paso, Colorado*

Ryan Douglas Doherty
Erik Lamphere
**COLORADO SPRINGS CITY ATTORNEY'S OFFICE**
30 South Nevada Avenue, Suite 501
Colorado Springs, CO 80903
ryan.doherty@coloradosprings.gov
erik.lamphere@coloradosprings.gov
*Counsel for Jennene Scott*

Christopher R. Jones
**GORDON REES SCULLY MANSUKHANI**
555 Seventeenth Street, Suite 3400
Denver, CO 80202
crjones@grsm.com
*Attorney for Defendant Michelle Silva*

</div>
</div>

Respectfully submitted this 24th day of October, 2024.

*[Signature on next page]*

                                        **HALL BOOTH SMITH, P.C.**

                                        */s/ Phillip E. Friduss*
                                        PHILLIP E. FRIDUSS
                                        ROBIN E. DAITCH
191 Peachtree Street, N.E.       *Counsel for Defendants Wellpath, LLC*
Suite 2900                                   *and Makayla Patterson*
Atlanta, GA 30303-1755
Tel: 404-954-5000
Fax: 404-954-5020
E-Mail: pfriduss@hallboothsmith.com