IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 23-cv-1211-DDD-MDB**

THE ESTATE OF CRISTO JESUS CANETT,
by and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC;
SHERIFF JOSEPH ROYBAL, in his official capacity;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;

    Defendants.

---

**PLAINTIFF'S MOTION FOR EXCESS WORDS FOR SANCTIONS MOTION**

---

Plaintiff, by and through undersigned counsel, is moving for terminating sanctions against Defendant Wellpath, and respectfully requests an additional 1,000 words to fully portray the circumstances precipitating the Motion. In support thereof, Plaintiff states as follows:

1.  The Court's Practice Standards state that motions and response briefs shall not exceed 4,000 words.

2.  When considering whether to issue sanctions, particularly default sanctions, it is important that the Court is fully apprised of the case's history and the parties' conduct. Accordingly, fulsome and detailed briefing is required.

3.  In filing this motion, undersigned counsel represents that they have already spent considerable time and worked diligently to draft a succinct brief and will continue to do so. However, Counsel believes additional words are necessary to fully and adequately present the

basis of the request for dispositive sanctions to the Court.

4. Plaintiff requests an additional 1,000 words to fully portrait relevant history and litigation conduct in this case, which reaches back more than a year.

5. Undersigned counsel has conferred with counsel for Wellpath, who, of course, opposes the sanctions motion. Undersigned has also attempted to confer with counsel for Defendant Wellpath regarding the word limit today, but felt that the motion must get on file given Wellpath's anticipated bankruptcy filing.

6. Plaintiff will not oppose a commensurate request for excess words should Wellpath seek such relief for its Response.

WHEREFORE, Plaintiff respectfully requests that this Court allow the excess words requested herein.

Respectfully submitted this 6th day of November, 2024.

/s/ Erica Grossman
Erica Grossman
Anna Holland Edwards
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
erica@hheglaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 6th day of November, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Nathan J. Whitney<br>Bryan E. Schmid<br>Steven Martyn<br>EL PASO COUNTY ATTORNEY'S OFFICE<br>nathanwhitney@elpasoco.com<br>bryanSchmid@elpasoco.com<br>stevenmartyn@elpasoco.com<br>*Attorneys for Defendant Roybal* | Robin E. Daitch<br>Phillip E. Friduss<br>HALL BOOTH SMITH, P.C.<br>rdaitch@hallboothsmith.com<br>pfriduss@hallboothsmith.com<br>*Attorneys for Defendants Wellpath & Silva* |
| Brandon P. Hull<br>Jeremy B. Goldblatt<br>OVERTURF, MCGATH & HULL, P.C.<br>bph@omhlaw.com<br>jbg@omhlaw.com<br>*Attorneys for Defendant Roybal* | Paul A. Faraci<br>Charles Wood<br>FARACI LEASURE, LLC<br>pfaraci@faracileasure.com<br>cwood@faracileasure.com<br>*Attorneys for Defendant Lupo* |

                                                                              */s/ Brooke Thiele-LaForest*
                                                                              Brooke Thiele-LaForest, Paralegal