Case No. 1:23-cv-01211-DDD-MDB   Document 148-4   filed 11/06/24   USDC Colorado pg 1 of 3

Exhibit 4, Page 01

11/6/24, 1:12 PM                John Holland Law Mail - Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzymus and to hold dates for others



Brooke Thiele-LaForest <brooke@johnhollandlaw.com>

---

## Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzymus and to hold dates for others

---

**Brooke Thiele-LaForest** <brooke@hheglaw.com>                                          Mon, Oct 23, 2023 at 1:28 PM
To: Adrienne Abatemarco <aabatemarco@faracileasure.com>
Cc: Nathan Whitney <NathanWhitney@elpasoco.com>, "Doherty, Ryan D" <Ryan.Doherty@coloradosprings.gov>, Robert McLeod <rmcleod@hallboothsmith.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>, Anna Holland Edwards <anna@hheglaw.com>, "cwood@faracileasure.com" <cwood@faracileasure.com>, Bryan Schmid <BryanSchmid@elpasoco.com>, Gail Spence <GSpence@hallboothsmith.com>, Sara Metz <SaraMetz@elpasoco.com>, April Willie <AprilWillie@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dan Weiss <dan@hheglaw.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Paul Faraci <pfaraci@faracileasure.com>, "JoHansen, Terry" <Terry.JoHansen@coloradosprings.gov>, Dixie Child <DChild@hallboothsmith.com>, Erica Grossman <erica@hheglaw.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, "sattia@faracileasure.com" <sattia@faracileasure.com>, Steven Martyn <StevenMartyn@elpasoco.com>, "Lamphere, Erik" <Erik.Lamphere@coloradosprings.gov>, Chris Strider <ChrisStrider@elpasoco.com>, "blacombe@faracileasure.com" <blacombe@faracileasure.com>, Dee Lambert <DeeLambert@elpasoco.com>, "bbaxter@faracileasure.com" <bbaxter@faracileasure.com>

Good afternoon Mr. Whitney,

Mr. Doherty is not available on 12/8 that was provided for Deputy Deluca. Could he do one the other days? The dates I am holding from everyone's responses are 12/4, 12/5 pm only, 12/6 and 12/7. Have you heard from Deputy Pryzymus? We will determine a date for Deputy Divine since he has flexibility that week. Also do you want these depositions held in the Springs and would the Sheriff's office have a conference room we could use for these? Also during this week we would like to set up a time to visit the jail per the request for inspection to the County. Please advise as soon as possible.

Thank you,
Brooke

[Quoted te t hidden]

Case No. 1:23-cv-01211-DDD-MDB  Document 148-4  filed 11/06/24  USDC Colorado pg 2 of 3

Exhibit 4, Page 02

11/6/24, 1:15 PM  John Holland Law Mail - Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzmus and to hold dates for others



Brooke Thiele-LaForest <brooke@johnhollandlaw.com>

---

# Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzmus and to hold dates for others

---

**Brooke Thiele-LaForest** <brooke@hheglaw.com>  Mon, Oct 30, 2023 at 2:57 PM
To: Adrienne Abatemarco <aabatemarco@faracileasure.com>
Cc: Nathan Whitney <NathanWhitney@elpasoco.com>, "Doherty, Ryan D" <Ryan.Doherty@coloradosprings.gov>, Robert McLeod <rmcleod@hallboothsmith.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>, Anna Holland Edwards <anna@hheglaw.com>, "cwood@faracileasure.com" <cwood@faracileasure.com>, Bryan Schmid <BryanSchmid@elpasoco.com>, Gail Spence <GSpence@hallboothsmith.com>, Sara Metz <SaraMetz@elpasoco.com>, April Willie <AprilWillie@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dan Weiss <dan@hheglaw.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Paul Faraci <pfaraci@faracileasure.com>, "JoHansen, Terry" <Terry.JoHansen@coloradosprings.gov>, Dixie Child <DChild@hallboothsmith.com>, Erica Grossman <erica@hheglaw.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, "sattia@faracileasure.com" <sattia@faracileasure.com>, Steven Martyn <StevenMartyn@elpasoco.com>, "Lamphere, Erik" <Erik.Lamphere@coloradosprings.gov>, Chris Strider <ChrisStrider@elpasoco.com>, "blacombe@faracileasure.com" <blacombe@faracileasure.com>, Dee Lambert <DeeLambert@elpasoco.com>, "bbaxter@faracileasure.com" <bbaxter@faracileasure.com>

Good afternoon,

I am just following up on my email from last Monday. Is there any update to availability for the requested Deputy depositions?

Thank you,
Brooke

[Quoted text hidden]

Case No. 1:23-cv-01211-DDD-MDB   Document 148-4   filed 11/06/24   USDC Colorado pg 3 of 3

Exhibit 4, Page 03

11/6/24, 1:13 PM                John Holland Law Mail - Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzmus and to hold dates for others



Brooke Thiele-LaForest <brooke@johnhollandlaw.com>

## Canett -- Deposition requests for Deputies Divine, Deluca, and Pryzymus and to hold dates for others

**Brooke Thiele-LaForest** <brooke@hheglaw.com>                                                    Wed, Nov 1, 2023 at 12:48 PM
To: Sara Metz <SaraMetz@elpasoco.com>
Cc: Nathan Whitney <NathanWhitney@elpasoco.com>, Adrienne Abatemarco <aabatemarco@faracileasure.com>, "Doherty, Ryan D" <Ryan.Doherty@coloradosprings.gov>, Robert McLeod <rmcleod@hallboothsmith.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>, Anna Holland Edwards <anna@hheglaw.com>, "cwood@faracileasure.com" <cwood@faracileasure.com>, Bryan Schmid <BryanSchmid@elpasoco.com>, Gail Spence <GSpence@hallboothsmith.com>, April Willie <AprilWillie@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dan Weiss <dan@hheglaw.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Paul Faraci <pfaraci@faracileasure.com>, "JoHansen, Terry" <Terry.JoHansen@coloradosprings.gov>, Dixie Child <DChild@hallboothsmith.com>, Erica Grossman <erica@hheglaw.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, "sattia@faracileasure.com" <sattia@faracileasure.com>, Steven Martyn <StevenMartyn@elpasoco.com>, "Lamphere, Erik" <Erik.Lamphere@coloradosprings.gov>, Chris Strider <ChrisStrider@elpasoco.com>, "blacombe@faracileasure.com" <blacombe@faracileasure.com>, Dee Lambert <DeeLambert@elpasoco.com>, "bbaxter@faracileasure.com" <bbaxter@faracileasure.com>

> Great. Let's do a 10am start time for Deputy Deluca and it is ok by our office to have the depositions at your office. Please let me know when you hear from Deputies Divine and Przymus. Also as I mentioned before Anna would like to do the inspection that week as well.
>
> Thank you,
> Brooke

[Quoted te t hidden]