2/20/24, 11 11 AM
John Holland Law Mail  Re  Record viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)

Case No. 1:23-cv-01211-DDD-MDB   Document 148-6   filed 11/06/24   USDC Colorado pg 1 of 4

Exhibit 6, Page 01



Anna Holland Edwards <anna@johnhollandlaw.com>

## Re: Record viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)
1 message

**Anna Holland Edwards** <anna@hheglaw.com>  Wed, Jan 3, 2024 at 2:43 PM
To: Robert McLeod <rmcleod@hallboothsmith.com>
Cc: Rachel Kennedy <rachel@hheglaw.com>, "Alexandra G. Ah Loy" <allieahloy@hallboothsmith.com>, "Belsheim, David A." <belsheimd@hallevans.com>, "Hegarty, Matthew J." <hegartym@hallevans.com>, Timothy Campbell <tcampbell@hallboothsmith.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>

I really wish you had made that clear before we told the Court that Wellpath was cooperating.  We will issue a subpoena shortly.
Anna

On Wed, Jan 3, 2024 at 2:41 PM Robert McLeod <rmcleod@hallboothsmith.com> wrote:

> Hi Anna,
>
> I hope you had a nice holiday. January 11 is no longer available for the viewing on our end, and Wellpath will need a formal discovery request of some sort in order to effectuate the requested viewing. Feel free to reach out if you have any questions or would like to discuss. I will be available by phone all day tomorrow.
>
> Thanks,
>
> Rob
>
> **Robert McLeod**
> Attorney at Law | Hall Booth Smith, P.C.
>
> **O:** 303.773.3500          5445 DTC Parkway, Suite 900
> **D:** 303.874.3450          Greenwood Village, CO 80111
>                              hallboothsmith.com
>
> 
>
> ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
> MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
> NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE
>
> CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.
>
> **From:** Anna Holland Edwards <anna@hheglaw.com>
> **Sent:** Tuesday, January 2, 2024 1:14 PM

2/20/24, 11 11 AM                          John Holland Law Mail   Re  Recordpdgwing Of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)

Case No. 1:23-cv-01211-DDD-MDB   Document 148-6   filed 11/06/24   USDC Colorado pg 2 of 4

Exhibit 6, Page 02

On Wed, Dec 6, 2023 at 10:16 AM Timothy Campbell <tcampbell@hallboothsmith.com> wrote:

> Matthew,
>
> Congratulations! Mid-January is fine for me in terms of the inspection.
>
> Thanks,
>
> **Timothy Campbell**
> Attorney at Law | Hall Booth Smith, P.C.
>
> **O:** 405.513.7111
> **D:** 405.509.7869
>
> 6301 Waterford Boulevard, Suite 200
> Oklahoma City, OK 73118
> hallboothsmith.com

2/20/24, 11:17 AM                    John Holland Law Mail - RE: Record viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)

Case No. 1:23-cv-01211-DDD-MDB   Document 148-6   filed 11/06/24   USDC Colorado
pg 3 of 4

Exhibit 6, Page 03



Anna Holland Edwards <anna@johnhollandlaw.com>

## RE: Record viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)
1 message

**Timothy Campbell** <tcampbell@hallboothsmith.com>                                          Tue, Dec 5, 2023 at 12:23 PM
To: Anna Holland Edwards <anna@hheglaw.com>, Robert McLeod <rmcleod@hallboothsmith.com>, "Hegarty, Matthew J." <hegartym@hallevans.com>, "Alexandra G. Ah Loy" <allieahloy@hallboothsmith.com>, Rachel Kennedy <rachel@hheglaw.com>

All,

You are correct the records in question belong to Weld County. Turn Key left the records in CorEMR at the time of its departure. Therefore, we would defer to Wellpath on how best to access the records without violating HIPAA.

Thanks,

### Timothy Campbell
Attorney at Law | Hall Booth Smith, P.C.

**O:** 405.513.7111           6301 Waterford Boulevard, Suite 200
**D:** 405.509.7869           Oklahoma City, OK 73118
                              hallboothsmith.com



ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**From:** Anna Holland Edwards <anna@hheglaw.com>
**Sent:** Tuesday, December 5, 2023 12:58 PM
**To:** Robert McLeod <rmcleod@hallboothsmith.com>; Hegarty, Matthew J. <hegartym@hallevans.com>; Alexandra G. Ah Loy <allieahloy@hallboothsmith.com>; Timothy Campbell <tcampbell@hallboothsmith.com>; Rachel Kennedy <rachel@hheglaw.com>
**Subject:** Record viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)

Hi everyone,

We are working to view the original electronic records of Amy Cross who died at Weld County jail in 2021, when Turn Key had the medical contract there.

2/20/24, 11:17 AM
John Holland Law Mail - RE: Records Viewing of Amy Cross at Weld (Turn Key Records, Wellpath has contract now)

Case No. 1:23-cv-01211-DDD-MDB    Document 148-6    filed 11/06/24    USDC Colorado
pg 4 of 4

Exhibit 6, Page 04

All parties are amenable to reviewing the records in the original format, but because Wellpath is there now, we think we may need Wellpath's assistance in some way.

I'm in a deposition with Rob McCleod in a case involving Wellpath and he was graciously willing to be cc'd on an email out this.

Matthew and Tim, can you help understand what we actually need from Wellpath?  As I understand it, Weld owns the records and it is all from pre-Wellpath in Weld ...

Thanks All

Ana

--

--------------------------------------------
Anna Holland Edwards
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
303‑860‑1331
303-832-6506 (fax)
anna@hheglaw.com

Please be advised that unless you have signed a fee agreement with Holland, Holland Edwards & Grossman, LLC at this time we are not your lawyers, and have not taken any action on your behalf.  Also, we have not undertaken any evaluation or preservation of any applicable statutes of limitations or notices of claims legal requirements that may apply to any potential claims that you may have.