

Brooke Thiele-LaForest <brooke@johnhollandlaw.com>

## Canett - Wellpath's First Discovery Supplementation [IMAN-DMS.FID175303]
1 message

**Robert McLeod** <rmcleod@hallboothsmith.com>  Tue, Jan 9, 2024 at 2:42 PM
To: Nathan Whitney <NathanWhitney@elpasoco.com>, Brooke Thiele-LaForest <brooke@hheglaw.com>, Steven Martyn <StevenMartyn@elpasoco.com>, Bryan Schmid <BryanSchmid@elpasoco.com>, Chris Strider <ChrisStrider@elpasoco.com>, Paul Faraci <pfaraci@faracileasure.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>, "Doherty, Ryan D" <ryan.doherty@coloradosprings.gov>
Cc: Sara Metz <SaraMetz@elpasoco.com>, Dee Lambert <DeeLambert@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Adrienne Abatemarco <aabatemarco@faracileasure.com>, "cwood@faracileasure.com" <cwood@faracileasure.com>, "blacombe@faracileasure.com" <blacombe@faracileasure.com>, Bridgett Baxter <bbaxter@faracileasure.com>, "sattia@faracileasure.com" <sattia@faracileasure.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, Gail Spence <GSpence@hallboothsmith.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Dixie Child <DChild@hallboothsmith.com>, "Lamphere, Erik" <erik.lamphere@coloradosprings.gov>, "JoHansen, Terry" <terry.johansen@coloradosprings.gov>, Anna Holland Edwards <anna@hheglaw.com>, Erica Grossman <erica@hheglaw.com>, Dan Weiss <dan@hheglaw.com>, Rachel Kennedy <rachel@hheglaw.com>

Good afternoon all,

Wellpath is withdrawing its claim of privilege for the attached part 1 and 2 morbidity and mortality documents for Mr. Canett, stamped Def_001177-80, and produced here. If you have any questions or concerns please contact my office.

Thanks,

Rob

### Robert McLeod
Attorney at Law | Hall Booth Smith, P.C.

**O:** 303.773.3500   5445 DTC Parkway, Suite 900
**D:** 303.874.3450   Greenwood Village, CO 80111
hallboothsmith.com



HBS ATTORNEYS AT LAW | ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

**2 attachments**

📄 **RFP 13 - Def 001177-1179.pdf**
386K

📄 **RFP 13 - Def 001180.pdf**
278K