Exhibit 11

 Gmail

**Dan Weiss <dan@johnhollandlaw.com>**

---

## Canett - 30(6)(6) Notice to Wellpath

---

**Brooke Thiele-LaForest** <brooke@hheglaw.com>                Fri, May 24, 2024 at 1:14 PM
To: blacombe@faracileasure.com, Bridgett Baxter <bbaxter@faracileasure.com>, Paul Faraci
<pfaraci@faracileasure.com>, Dan Weiss <dan@hheglaw.com>, Erica Grossman <erica@hheglaw.com>, Anna Holland
Edwards <anna@hheglaw.com>, Brenda McClearn <BMcClearn@hallboothsmith.com>, Jeremy Goldblatt
<jbg@omhlaw.com>, Lindsey Jay <lwj@omhlaw.com>, Rachel Kennedy <rachel@hheglaw.com>, Lorie Whalen
<LWhalen@hallboothsmith.com>, Robert McLeod <rmcleod@hallboothsmith.com>, cwood@faracileasure.com, Chris
Strider <chrisstrider@elpasoco.com>, Adrienne Abatemarco <aabatemarco@faracileasure.com>, Nathan Whitney
<NathanWhitney@elpasoco.com>, Dee Lambert <DeeLambert@elpasoco.com>, Michelle Capdeville
<mc@omhlaw.com>, Gail Spence <GSpence@hallboothsmith.com>, Brandon Hull <bph@omhlaw.com>, Bryan Schmid
<bryanschmid@elpasoco.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Sara Metz
<SaraMetz@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dixie Child
<DChild@hallboothsmith.com>, Steven Martyn <StevenMartyn@elpasoco.com>

Counsel,

Please find attached a 30(b)(6) Notice to Wellpath.

Thank you,
Brooke

--
Brooke Thiele-LaForest
Paralegal
**Holland, Holland Edwards & Grossman, LLC**
1437 High Street
Denver, CO 80218
(303) 860-1331
(303) 832-6506 (f)
brooke@hheglaw.com

The information contained in this communication is confidential and may be legally privileged. It is intended solely for
the use of the individual or entity to whom it is addressed, you are hereby notified that any disclosure, copying,
distribution, or taking of any action in reliance on the contents of this information is strictly prohibited. If you received
this message in error, notify us immediately and delete the original message and documents from your computer and/
or server.

Please be advised that unless you have signed a fee agreement with Holland, Holland Edwards & Grossman, LLC at
this time *we are not your lawyers*, and have not taken any action on your behalf.  Also, we have not undertaken any
evaluation or preservation of any applicable statutes of limitations or notices of claims legal requirements that may
apply to any potential claims that you may have.

---

📄 **Canett 30b6 Wellpath Notice.pdf**
139K