

**Dan Weiss <dan@johnhollandlaw.com>**

## Canett - 30(6)(6) Notice to Wellpath

**Daniel Weiss** <dan@hheglaw.com>                                                           Fri, Jun 21, 2024 at 12:27 PM
To: Brooke Thiele-LaForest <brooke@hheglaw.com>
Cc: blacombe@faracileasure.com, Bridgett Baxter <bbaxter@faracileasure.com>, Paul Faraci <pfaraci@faracileasure.com>, Erica Grossman <erica@hheglaw.com>, Anna Holland Edwards <anna@hheglaw.com>, Brenda McClearn <BMcClearn@hallboothsmith.com>, Jeremy Goldblatt <jbg@omhlaw.com>, Lindsey Jay <lwj@omhlaw.com>, Rachel Kennedy <rachel@hheglaw.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, Robert McLeod <rmcleod@hallboothsmith.com>, cwood@faracileasure.com, Chris Strider <chrisstrider@elpasoco.com>, Adrienne Abatemarco <aabatemarco@faracileasure.com>, Nathan Whitney <NathanWhitney@elpasoco.com>, Michelle Capdeville <mc@omhlaw.com>, Gail Spence <GSpence@hallboothsmith.com>, Brandon Hull <bph@omhlaw.com>, Bryan Schmid <bryanschmid@elpasoco.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Sara Metz <SaraMetz@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dixie Child <DChild@hallboothsmith.com>, Steven Martyn <StevenMartyn@elpasoco.com>

> Hi again Rob:
>
> Thanks very much for the call yesterday. As we talked about, you have 3 designees in mind and we are fine with Zoom depo's to avoid travel hassles. Here's a list of dates we're available (and if these don't work we can provide many more after the disco cutoff with an agreement that the post-cutoff dates won't be a problem.)
>
> We can do July 9, 10, 16, 17, 18, 19, 23, 26, 30, and 31. We can also do August 1,2, 5, 6, 7, 8, 9, and 12.
>
> Let us know which of these dates work and/or if we need to agree to have one or more of these after Aug. 12.
>
> Thanks very much, and have a good weekend.
>
> Best,
> Dan
> [Quoted text hidden]