John Holland Law Mail - Canett - 30(6)(6) Notice to Wellpath    https://mail.google.com/mail/u/0/?ik=95d0d775f8&view=pt&search=a...

Case No. 1:23-cv-00212-GPG-MDB   Document 148-13   filed 11/06/24   USDC Colorado
pg 1 of 2

Exhibit 13, Page 01



**Dan Weiss <dan@johnhollandlaw.com>**

---

## Canett - 30(6)(6) Notice to Wellpath

**Robert McLeod** <rmcleod@hallboothsmith.com>                                Fri, Jun 28, 2024 at 10:31 AM
To: Daniel Weiss <dan@hheglaw.com>, Brooke Thiele-LaForest <brooke@hheglaw.com>
Cc: "blacombe@faracileasure.com" <blacombe@faracileasure.com>, Bridgett Baxter <bbaxter@faracileasure.com>, Paul Faraci <pfaraci@faracileasure.com>, Erica Grossman <erica@hheglaw.com>, Anna Holland Edwards <anna@hheglaw.com>, "Brenda S. McClearn" <BMcClearn@hallboothsmith.com>, Jeremy Goldblatt <jbg@omhlaw.com>, Lindsey Jay <lwj@omhlaw.com>, Rachel Kennedy <rachel@hheglaw.com>, Lorie Whalen <LWhalen@hallboothsmith.com>, "cwood@faracileasure.com" <cwood@faracileasure.com>, Chris Strider <chrisstrider@elpasoco.com>, Adrienne Abatemarco <aabatemarco@faracileasure.com>, Nathan Whitney <NathanWhitney@elpasoco.com>, Michelle Capdeville <mc@omhlaw.com>, Gail Spence <GSpence@hallboothsmith.com>, Brandon Hull <bph@omhlaw.com>, Bryan Schmid <bryanschmid@elpasoco.com>, Katherine Dandy <KDandy@hallboothsmith.com>, Sara Metz <SaraMetz@elpasoco.com>, Meleah Williams <MeleahWilliams@elpasoco.com>, Dixie Child <DChild@hallboothsmith.com>, Steven Martyn <StevenMartyn@elpasoco.com>

Thanks Dan. I have sent the proposed dates to my client for consideration and scheduling. We will let you know when we receive a response.

**Robert McLeod**
Attorney at Law | Hall Booth Smith, P.C.

| | |
|---|---|
| **O:** 303.773.3500 | 5445 DTC Parkway, Suite 900 |
| **D:** 303.874.3450 | Greenwood Village, CO 80111 |
| | hallboothsmith.com |



HBS ATTORNEYS AT LAW | ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA | MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA | NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

---

**From:** Daniel Weiss <dan@hheglaw.com>
**Sent:** Friday, June 28, 2024 8:40 AM
**To:** Brooke Thiele-LaForest <brooke@hheglaw.com>
**Cc:** blacombe@faracileasure.com; Bridgett Baxter <bbaxter@faracileasure.com>; Paul Faraci <pfaraci@faracileasure.com>; Erica Grossman <erica@hheglaw.com>; Anna Holland Edwards <anna@hheglaw.com>; Brenda S. McClearn <BMcClearn@hallboothsmith.com>; Jeremy Goldblatt <jbg@omhlaw.com>; Lindsey Jay <lwj@omhlaw.com>; Rachel Kennedy <rachel@hheglaw.com>; Lorie Whalen <LWhalen@hallboothsmith.com>; Robert McLeod <rmcleod@hallboothsmith.com>; cwood@faracileasure.com; Chris Strider <chrisstrider@elpasoco.com>; Adrienne Abatemarco <aabatemarco@faracileasure.com>; Nathan Whitney <NathanWhitney@elpasoco.com>; Michelle Capdeville <mc@omhlaw.com>; Gail Spence <GSpence@hallboothsmith.com>; Brandon Hull

<bph@omhlaw.com>; Bryan Schmid <bryanschmid@elpasoco.com>; Katherine Dandy <KDandy@hallboothsmith.com>; Sara Metz <SaraMetz@elpasoco.com>; Meleah Williams <MeleahWilliams@elpasoco.com>; Dixie Child <DChild@hallboothsmith.com>; Steven Martyn <StevenMartyn@elpasoco.com>
**Subject:** Re: Canett - 30(6)(6) Notice to Wellpath

Hi again Rob: Any update on which of these proposed dates work? Let us know. Thanks very much, Dan

[Quoted text hidden]