

**FINANCIAL SERVICES DEPARTMENT**
Contracts & Procurement Division

**REQUEST FOR PROPOSALS**
**RFP NO.: 20-001**

Sealed proposals for **INMATE MEDICAL SERVICES** for the El Paso County Sheriff's Office will be received by the El Paso County Contract and Procurement Division, 15 E. Vermijo Ave, Colorado Springs, CO 80903, **DUE DATE: Monday, November 4, 2019 @ 2:00 P.M.**

There is a **PRE-PROPOSAL TELE/VIDEO-CONFERENCE**: Vendors will be allowed to log on or dial into a video conference with the jails subject matter experts. **SITE VISIT IS NOT MANDATORY**. The video conference on **Tuesday**, **October 8, 2019 at 10:00 AM**.

Any questions will be permitted, and spontaneous unofficial answers provided, however proposers should clearly understand that the only official answer or position of the EPSO will be in writing from proposers to the Procurement Specialist, then posted via addendum after the submitted questions deadline. All questions regarding this RFP should be directed to Ronald Neely, Procurement Specialist, email: ronaldneely@elpasoco.com or 719-520-6489.

**Final questions are due no later than 3:00 PM, Thursday, October 17, 2019 in writing, or by email.**

Do not contact any other individual regarding this solicitation.

A **bid security** in the form of a certified check, cashier's check or Bid Bond made payable to EL PASO COUNTY in the amount of five (5%) percent of your total proposal cost must accompany your proposal or your proposal may be disqualified. The successful company will be required to furnish a 100% Performance Bond upon award of contract.

---

PLEASE USE THE ROCKY MOUNTAIN E-PROCUREMENT WEBSITE & LOG ONTO
www.rockymountainbidsystem.com TO DOWNLOAD DOCUMENTS.

EL PASO COUNTY CONTRACTS & PROCUREMENT DIVISION WILL NOT BE HELD RESPONSIBLE FOR MISINFORMATION RECEIVED FROM PRIVATE PLAN HOLDERS.

It is the responsibility of all proposers to make sure that they have obtained all solicitation documents and addendums, and to include signed copies of each addendum signature page with their proposal.

---

All interested firms are invited to submit a proposal in accordance with the terms and conditions stated in this Request for Proposal.

BOARD OF COUNTY COMMISSIONERS
EL PASO COUNTY

**Publication Dates:**
Fountain Valley News:
September 18 and 25, 2019

/s/ EILEEN GONZALES, CPPO, CPPB
CONTRACTS MANAGER

EPSO_001572





RFP No: 20-001
Inmate Medical Services

### 24/7 RN Coverage

The Registered Nurse is responsible and accountable for direct supervision of the total health care delivery system in his/her assigned nursing unit of facility, in conjunction with the delivery of patient care through the process of collecting health status data, nursing diagnosis goal setting, planning, implementation and evaluation. The RN directs and guides patient teaching and ensures ancillary personnel provide only those services which they are prepared or qualified to perform. Wellpath has taken into consideration the need for RN coverage dedicated Charge, infirmary, intake, history and physical, sick call and the courthouse. Under the direction of the Director of Nursing, the Wellpath plan includes:

- RN coverage – 902 hours per week
- Minimum of 4 RNs – onsite 24/7
- Minimum of 1 ACLS Certified RN – onsite 24/7

### Intake

To ensure timely processing, the staffing plan for El Paso County ensures 24/7 staffing by 2 Registered Nurses in intake at all times. During times of increased volume, additional staff will be dispatched to intake to assist. Wellpath has an automated process to track timeliness of intake screenings on a daily basis and will ensure that urgent medical and mental health needs are proactively identified and addressed.

### Sick Call/Transfers/and Clinic Services

The Wellpath Staffing plan ensures sufficient staff to manage sick Call, transfers and all clinic services. Sick call is staffed with RNs 10 hours per day, 7 days per week to ensure compliance with NCCHC standard. LPNs will further support the medical clinic, intake and medical observation areas.

### Medication Distribution

Medication distribution will be conducted utilizing a combination of RNs, LPNs and QMAP. The proposed staffing plan allocates licensed nursing personnel to the detox unit and QMAPs throughout the facility for medications distribution. RNs will pass medications in the infirmary.

The Wellpath plan includes sufficient coverage to ensure all medications are ordered and received in a timely manner and that medications are prepared efficiently. The proposed staffing plan includes 40 hours per week of a Pharmacy coordinator to manage ordering, receiving, returning, emergency medication management and non-formulary medication requests.

### Mental Health Director

The Wellpath Mental Health Director will provide clinical and administrative oversight for the Mental Health program and Licensed Behavioral Health Professionals. This individual will carry a modified case load, is responsible for oversight of training/education, direct and supervise all mental health treatment planning, clinical supervision to ensure compliance with Wellpath and EPSO policy and procedures in addition to NCCHC and ACA standards. The Mental Health Director will be onsite 40 hours per week.