```
 1            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 2
       Civil Action No. 23-cv-1211-DDD-MDB
 3
       THE ESTATE OF CRISTO JESUS CANETT,
 4     by and through its personal representative
       Elizabeth Naranjo;
 5
            Plaintiff,
 6
       vs.
 7
       WELLPATH, LLC;
 8     SHERIFF JOSEPH ROYBAL, in his official capacity;
       ANTHONY LUPO, individually;
 9     MICHELLE SILVA, individually;
       MAKAYLA PATTERSON, individually;
10     JENNENE SCOTT, individually;
11          Defendants.
      _____
12
              VIDEOTAPED DEPOSITION OF ANTHONY LUPO
13
                      February 7, 2024
14    _____
15
16
17
18
19
20
21
22
23
24
25

                                                    Page 1
```

**Page 26**

1  right?
2  A. Yes.
3  Q. You worked in jails, in detox
4  facilities, in nursing homes. You worked as an LPN
5  in many places, right?
6  A. Yes.
7  Q. How do you feel like it's different
8  being in jails than it is outside of jail settings,
9  working as a nurse?
10         MR. FARACI: Object to the form and
11 foundation.
12 A. In jail there's more people. There's
13 more patients. In a nursing home, it's more acute
14 care. In a jail it's not -- it's acute care, but
15 it's on -- the volume is probably three or four times
16 greater.
17 Q. (BY MS. GROSSMAN) Sounds somewhat
18 difficult to try to take care of that many patients
19 with certain amounts of limited staff; is that fair?
20         MR. FARACI: Form and foundation.
21 A. Yes.
22 Q. (BY MS. GROSSMAN) We've heard in this
23 case the testimony that nurses from Wellpath were
24 often saying that they needed more staff, telling
25 deputies or telling, maybe, the HSA. Do you share

**Page 27**

1  that view? Do you also feel like more staff was
2  needed at Wellpath?
3         MR. FARACI: Form and foundation.
4  A. Yes.
5  Q. (BY MS. GROSSMAN) Can you elaborate on
6  that for me?
7  A. We would have three nurses. Sometimes
8  we would have four nurses. And we just had a
9  large -- very large population to take care of.
10 Q. How many people were there, generally,
11 in --
12 A. In intake per night, I saw close to 20
13 patients.
14 Q. And were you always working under an
15 RN?
16 A. Yes.
17 Q. In April of 2022 when Mr. Canett was in
18 jail, what RN -- who were you working under?
19 A. I was working under an LPN at that
20 time.
21 Q. Okay. And was there an RN on duty at
22 that time?
23 A. No.
24 Q. Is that -- was that rare for your
25 shifts at Wellpath or common?

**Page 28**

1  A. It was common.
2  Q. How common?
3  A. Pardon?
4  Q. How common?
5  A. Most -- most of the time.
6  Q. Most of the time.
7  A. There was an LPN.
8  Q. Rather than an RN?
9  A. Yeah. Yes. Sorry.
10 Q. And you've been working as an LPN for a
11 long time. Does that seem acceptable to you, given
12 the scope of practice?
13         MR. FARACI: Objection to the form and
14 foundation.
15 A. No.
16 Q. (BY MS. GROSSMAN) Not your decision,
17 though. That would be Wellpath's decision, right?
18 A. That's correct.
19 Q. Is that something that you or any other
20 LPNs or even nurses or doctors brought to the
21 attention of anyone at Wellpath, saying, You need to
22 be working with -- under the right scope of license?
23 Is that ever something that you had those
24 conversations -- or with?
25 A. No.

**Page 29**

1  Q. Can you tell me why?
2  A. We never had a formal discussion with
3  an HSA. We did bring our grievances to the attention
4  of the DON.
5  Q. Who was the DON?
6  A. Nicole Blatnick.
7  Q. Can you spell that last name?
8  A. B-l-a-n -- wait. B-l-a-t-n-i-c-k.
9  Q. Okay. And when you say we brought our
10 attention to Nicole Blatnick, can you tell me when --
11 around when you did it, and who and what you guys
12 said?
13 A. I don't know when. I know that we, in
14 a face-to-face manner, told her that we were short
15 staff, and we needed more help.
16 Q. What was -- and do you remember who you
17 were with saying that?
18 A. No.
19 Q. Do you remember if it was a bunch of
20 you or what licenses the other people had?
21 A. No.
22 Q. Do you remember if it was before or
23 after Mr. Canett died in the jail that you brought
24 these attentions to her? And to refresh your memory,
25 he died in April of 2022.