IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC; *et al.*

    Defendants.

## DECLARATION OF AURORA L. RANDOLPH

I, Aurora L. Randolph, make the following declaration based on my personal knowledge:

1. I represent the Plaintiff in *Alexandro Duran v. Wellpath et al.*, D. Colo. Case No. 23-cv-02853-CNS-NRN, a case against Wellpath related to its care and treatment of Mr. Duran while incarcerated in the El Paso County Jail.

2. As part of discovery in that case, Plaintiff requested that Wellpath produce time detail reports for the period 11/22/21 to 2/14/22, which is the period that Plaintiff Duran was in custody at the CJC. A copy of that request, and Wellpath's response to it, is attached here as Exhibit A. As Wellpath's response indicates, it produced several hundred pages of documents in response to this request and designated them Confidential under the Protective Order in the Duran case.

Executed on this 31st day of October 2024, in Denver, Colorado.

_____
Aurora L. Randolph

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02853-CNS-NRN

ALEXANDRO DURAN,

        Plaintiff,

v.

WELLPATH, LLC;
THE BOARD OF COUNTY COMMISSIONERS OF THE
COUNTY OF EL PASO, COLORADO;
SHERIFF JOSEPH ROYBAL, in his official capacity, and
GEORGE SANTINI, individually,

        Defendants.

**WELLPATH'S RESPONSE TO PLAINTIFF'S AUGUST 13, 2024 REQUESTS FOR PRODUCTION TO DEFENDANT WELLPATH**

Defendant Wellpath, LLC ("Wellpath") provides its Response to Plaintiff's August 13, 2024 Requests for Production to Defendant Wellpath as follows. Wellpath reserves the right to supplement this response as necessary and as discovery continues.

**REQUESTS FOR PRODUCTION[1]**

**REQUEST FOR PRODUCTION NO. 1:**

All Documents produced by Wellpath and all deposition transcripts of current or former Wellpath employees in *Estate of Cristo Canett v. Wellpath et al.*, No. 23 cv 1211 (D. Colo.), except

---

[1] **For ease of reference, Wellpath Defendants respectfully request that Plaintiff begin consecutively numbering his discovery requests, as he is clearly propounded more than one Request for Production, contrary to what the numbering in the instant discovery set suggests, and to assist in facilitating any meet and confer discussions in the future.**

Exhibit A

that Wellpath need not produce Cristo Canett's medical chart. This Request includes but is not limited to the Documents referenced as having been produced in the *Canett* joint status reports produced in this case at Duran 33199-33242.

**RESPONSE:**

**OBJECTION: Irrelevant, overbroad in time, and unduly burdensome to the extent that this Request seeks "[a]ll documents produced by Wellpath and all deposition transcripts of current or former Wellpath employees in *Estate of Cristo Canett v. Wellpath[,] et al.*," as the subject incident in *Canett* occurred after the allegations in the subject incident in April 2022, and thus, any incidents that occurred after the subject incident and after Plaintiff left the El Paso County Jail ("EPCJ") is not relevant to the claims or defenses at issue; irrelevant, overbroad in scope, and unduly burdensome to the extent that this Request seeks information concerning Mr. Canett, who died of a perforated duodenal ulcer, which is unrelated to Plaintiff's medical condition, and thus, is not relevant to the claims or defenses at issue; improperly seeks information that is protected by the Health Insurance Portability and Accountability Act of 1996 ("HIPAA") for detainees other than Plaintiff; and impermissibly seeks information that is subject to a Protective Order and not subject to disclosure in this matter.**

Based on these objections, no documents are being produced.

**REQUEST FOR PRODUCTION NO. 2:**

A "Time Detail" (as that term is used in Duran 33199) for the period 11/22/21 to 2/14/22.

**RESPONSE:**

**OBJECTION:** Vague and ambiguous as to "Time Detail," as neither Plaintiff nor Duran 33199 defines that term; irrelevant, overbroad in time, and unduly burdensome to the extent that this Request seeks documents produced in *Estate of Cristo Canett v. Wellpath[,] et al.*," as the subject incident in *Canett* occurred after the allegations in the subject incident in April 2022, and thus, any incidents that occurred after the subject incident and after Plaintiff left EPCJ is not relevant to the claims or defenses at issue; irrelevant, overbroad in scope, and unduly burdensome to the extent that this Request seeks information concerning Mr. Canett, who died of a perforated duodenal ulcer, which is unrelated to Plaintiff's medical condition, and thus, is not relevant to the claims or defenses at issue; improperly seeks information that is protected by the HIPAA for detainees other than Plaintiff; and impermissibly seeks information that is subject to a Protective Order and not subject to disclosure in this matter.

Without waiving these objections, *see* Time Detail Reports, produced as WELLPATH_AD000712–1171, which are designated Confidential pursuant to the parties' Protective Order

**REQUEST FOR PRODUCTION NO. 3:**

For the 11/22/21-2/14/22 period, all Documents reflecting Wellpath policies or procedures for *admission to the infirmary, transfer to emergency room, and utilization review process for specialty consultant referrals*. (If there is a question about what Plaintiff means by the italicized language in this this Request, he means whatever the terms mean as they are used in Wellpath_AD_356 and Wellpath_AD_687.)

**RESPONSE:**

**OBJECTION:** Vague and ambiguous as to "policies and procedures," as those terms are undefined, and thus, it is unclear what type of documents Plaintiff seeks; and compound.

Without waiving this objection, *see* Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_A-04 Administrative Meetings and Reports – El Paso CO, produced as WELLPATH_AD001172–1175; Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_B-07 Communications on Patients' Health Needs – El Paso CO, produced as WELLPATH_AD001176–1178; Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_D-07 Emergency Services – El Paso Co, produced as WELLPATH_AD001179–1182; Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_D-07A Emergency Response Plan – El Paso Co, produced as WELLPATH_AD0001183–1186; Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_D-08 Hospitals and Specialty Care – El Paso CO, produced as WELLPATH_AD001187–1189; Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_E-09 Continuity, Coordination, and Quality of Care During Incarceration – El Paso CO, produced as WELLPATH_AD001190–1192; and Wellpath El Paso County Jail Colorado Policies & Procedures, HCD-100_F-02 Infirmary-Level Care – El Paso Co, produced as WELLPATH_AD001193–1196, all of which are designated Confidential pursuant to the parties' Protective Order

- 5 -

Dated: September 12, 2024  Respectfully submitted,

                                                s/ Kristina R. Rood
                                              Daniel P. Struck, #012377
                                              Ashlee B. Hesman, #028874
                                              Kristina R. Rood, #035097
                                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC
                                              3100 West Ray Road, Suite 300
                                              Chandler, Arizona 85226
                                              Phone: (480) 420-1600
                                              Fax: (480) 420-1695
                                              dstruck@strucklove.com
                                              ahesman@strucklove.com
                                              krood@strucklove.com
                                              *Attorneys for Defendant Wellpath and Dr. Santini*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of September, 2024 I served a copy **Wellpath's Response to Plaintiff's August 13, 2024 Requests For Production to Defendant Wellpath** via email to:

Elizabeth Mazur
Emily R. Brown
HUGHES SOCOL PIERS RESNICK & DYM, Ltd.
70 W. Madison Street, Ste. 4000
Chicago, IL 60602
emazur@hsplegal.com
ebrown@hsplegal.com
*Attorneys for Plaintiff*

Aurora L. Randolph
ALR CIVIL RIGHTS, LLC
9878 w. Belleview Ave., Ste. 2129
Denver, CO 80123
aurora@alrcivilrights.com
*Attorneys for Plaintiff*

Meri V. Geringer
Senior Assistant County Attorney
Steven Ward Martyn
Assistant County Attorney
OFFICE OF THE COUNTY ATTORNEY, EL PASO COUNTY
200 S. Cascade Ave.
Colorado Springs, CO 80903
MeriGeringer2@elpasoco.com
StevenMartyn@elpasoco.com
*Attorneys for El Pasco County Defendants*

By: s/ E. Glover

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 23-cv-1211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC; *et al.*

    Defendants.

## DECLARATION OF SCOTT MELIN

I, Scott Melin, make the following declaration based on my personal knowledge:

1. I represent the Plaintiff in 1:23-cv-01847-GPG-MDB, a case against Wellpath related to its care and treatment of Daniel Murray while incarcerated in the El Paso County Jail.

2. As part of discovery in that case, Wellpath has disclosed Time Detail Reports showing clock in and clock out details for medical staff at El Paso County Jail on the following dates: June 30, 2022, through July 4, 2022.

Executed on this 31st day of October, 2024, in Lakewood, Colorado.

_____
Scott Melin

1