IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-01211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC;
SHERIFF JOSEPH ROYBAL, in his official capacity;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;

    Defendants.

___

**NOTICE OF FILING OF CHAPTER 11 BANKRUPTCY CASE BY NAMED DEFENDANT AND AUTOMATIC STAY OF PROCEEDINGS**
___

    **PLEASE TAKE NOTICE** that on November 11, 2024, Wellpath Holdings, Inc. ("Debtor") commenced a bankruptcy case in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. The Debtor's Chapter 11 case is now pending in the Bankruptcy Court as Case No. 24-90533.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362 of the Bankruptcy Code, as of the commencement of the Chapter 11, the above-captioned action has been automatically stayed as against the Debtor. Section 362 of the Bankruptcy Code provides, in part, that the filing of a petitioner to commence a Chapter 11 case operated as a stay of (i) the

commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor that was or could have been commenced before the filing of the Chapter 11 action and/or (ii) any action to recover on any claim that arose before the commencement of the Chapter 11 action and/or (iii) any action to collect, assess, or recover any claim against the Debtor that arose before the commencement of the Chapter 11 action. *See* 11 U.S.C. § 362(a)(1)-(3).

**PLEASE TAKE FURTHER NOTICE** that any action taken against the Debtor without obtaining from the Bankruptcy Court relief from the automatic stay is void *ab initio* and may result in a finding of contempt for violation of the automatic stay. The Debtor reserves and retains all right to seek relief in the Bankruptcy Court from any judgment, order, or ruling entered in violation of the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the status of the Chapter 11 action may be obtained by (i) reviewing the docket in the Chapter 11 case, available electronically at https://pacer.uscourts.gov/ (login required) or (ii) contacting Debtor's counsel Marcus A. Helt of McDermott Will & Emery LLP, 2501 North Harwood Street, Ste. 1900, Dallas, Texas 75201, (214) 295-8000, mhelt@mwe.com.

Respectfully submitted this 12th day of November 2024.

*./s/ Phillip E. Friduss*
Phillip E. Friduss
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, GA 30303
Email: pfriduss@hallboothsmith.com

*Attorneys for Wellpath, LLC*

# CERTIFICATE OF SERVICE (CM/ECF)

Civil Action No.: 1:23-cv-01211-DDD-MDB

      I HEREBY CERTIFY that this 12th day of November, 2024, I electronically filed the foregoing Notice of Filing of Chapter 11 Bankruptcy Case by Named Defendant and Automatic Stay of Proceedings with the Clerk of Court using the Court's electronic filing system which automatically serves all parties and/or counsel of record as follows:

Anna Holland Edwards
Erica T. Grossman
John Holland
Dan Weiss
Rachel Kennedy
Holland, Holland Edwards & Grossman, LLC
1437 High Street
Denver, CO 80218
E-mail: anna@hheglaw.com
           erica@hheglaw.com
           dan@hheglaw.com

*Attorneys for Plaintiffs*

Nathan J. Whitney
Bryan E. Schmid
Steven Martyn
El Paso County Attorney's Office
200 S. Cascade Ave.
Colorado Springs, CO 80903
Email: nathanwhitney@elpasoco.com
         bryanschmid@elpasoco.com
         stevenmartyn@elpaso.com

Brandon P. Hull
Jeremy B. Goldblatt
Overturf, McGath & Hull, P.C.
625 E. 16th Ave.
Denver, CO 80203
Email: bph@omhlaw.com
         jbg@omhlaw.com

*Attorneys for Defendant Roybal*

Paul A. Faraci
FARACI LEASURE, LLC
4500 Cherry Creek Drive South, Suite 675
Glendale, CO 80246
E-mail: pfaraci@faracileasure.com

*Attorney for Defendant Lupo*


Christopher R. Jones
Gordon Rees Scully Mansukhani
555 Seventeenth Street, Suite 3400
Denver, CO 80202
Email: crjones@grsm.com

*Attorney for Defendant Michelle Silva*


*/s/ Dixie Child*
Dixie Child