IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 23-cv-1211-DDD-MDB**

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;

    Defendants.

---

**JOINT STATUS REPORT**

---

Pursuant to the Court's May 20, 2025 Order (Doc. #176), the parties submit the following Joint Status Report:

1. On November 11, 2024, Wellpath, LLC filed for bankruptcy in the Southern District of Texas. On November 18, 2024, a stay was entered in this case based on that bankruptcy filing. (Doc. #154).

2. The stay against non-debtor defendants, Michelle Silva and Anthony Lupo, was lifted on May 1, 2025. (Doc. #174).[1]

3. The stay against the debtor defendants concluded on May 9, 2025 in connection with Bankruptcy Court's entry of the debtor's restructuring plan. Pursuant to the orders of the

---

[1] Based on the prior settlement with El Paso County, County related Defendants have now been dismissed. (Doc. #184).

Bankruptcy Court, debtor defendants will remain "nominal defendants" in this litigation. Debtor defendants anticipate new counsel will enter on their behalf pending assignment by the bankruptcy liquidating trust.

4. At the time the stay was entered, discovery had concluded except for the deposition of Christine Mohr, personally and as a 30(b)(6) witness for Wellpath, LLC, and the disclosure of documents ordered produced by this Court on October 11, 2025. (Doc. #125). An objection to that ruling, with motion to stay, was pending at the time of the entered bankruptcy stay. (Docs. ## 139 and 129).

5. Also pending at the time of the entry of the stay was Plaintiff's Emergency Motion for Terminating Sanctions. (Doc. #148). The parties propose Wellpath's Response to be due July 7, 2025.

6. Wellpath attorneys, Robin Daitch, Brenda McClearn, Katherine Dandy, Phillip Friduss and John Hall have all filed renewed Motions to Withdraw (Doc. ## 178-182) and attorney for Defendant Lupo, Paul Faraci has also filed a renewed Motion to Withdraw (Doc. #185). Those motions are currently pending.

7. The parties propose that a pre-trial conference be reset. With respect to the dispositive motions, the parties propose the following:

<u>Plaintiffs Position</u>: July 25, 2025 given the substantial delays in this case, and that Plaintiff has filed a motion for sanctions seeking default judgment against Wellpath, or alternatively, lesser sanctions including that Wellpath be precluded from filing a motion for summary judgment. Plaintiff also contends that the discovery ordered on October 11, 2024 should be produced forthwith, and the deposition of Christine Mohr be ordered to be reset.

*Defendants Position*: August 11, 2025 for dispositive motions due to likelihood of new counsel entering on behalf of Wellpath and Wellpath employee defendants.

Respectfully submitted this 2nd day of June 2025.

| HALL BOOTH SMITH, P.C. | HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC |
|---|---|
| */s/ Phillip Friduss* | */s/ Erica Grossman* |
| Phillip Friduss | Erica Grossman |
| 191 Peachtree Street, N.E. Suite 2900 | 1437 High Street |
| Atlanta, GA 30303 | Denver, CO 80218 |
| pfriduss@hallboothsmith.com | anna@hheglaw.com |
| *Attorney for Defendant Wellpath LLC* | *Attorneys for Plaintiff* |
| FARACI LEASURE, LLC | GORDON REES SCULLY MANSUKHANI |
| */s/ Paul Faraci* | */s/ Christopher R. Jones* |
| Paul A. Faraci | Christopher R. Jones |
| Charles Wood | 555 17th Street, Suite 3400 |
| FARACI LEASURE, LLC | Denver, CO 80202 |
| pfaraci@faracileasure.com | crjones@grsm.com |
| *Attorneys for Defendant Lupo* | *Attorney for Defendants Silva* |

3

# CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of June 2025, I electronically filed the foregoing **JOINT STATUS REPORT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robin E. Daitch
Phillip E. Friduss
Brenda McClearn
Kathrine Dandy
John Hall
HALL BOOTH SMITH, P.C.
rdaitch@hallboothsmith.com
pfriduss@hallboothsmith.com
*Attorneys for Defendant Wellpath*

Paul A. Faraci
Charles Wood
FARACI LEASURE, LLC
pfaraci@faracileasure.com
cwood@faracileasure.com
*Attorneys for Defendant Lupo*

Christopher R. Jones
GORDON REES SCULLY MANSUKHANI
crjones@grsm.com
*Attorney for Defendant Silva*

                                       */s/ Brooke Thiele-LaForest*
                                       Brooke Thiele-LaForest, Paralegal