IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
by and through its personal representative Elizabeth Naranjo,

     Plaintiff,

v.

WELLPATH, LLC, as a nominal defendant,
WELLPATH LIQUIDATING TRUST, as a nominal defendant,
ANTHONY LUPO, individually, and
MICHELLE SILVA, individually,

     Defendants.

---

### MOTION TO WITHDRAW BY ANN B. SMITH AS COUNSEL FOR DEFENDANT ANTHONY LUPO

---

Ann B. Smith of the law firm of VAUGHAN & DeMURO, counsel of record for Defendant ANTHONY LUPO, moves to withdraw as counsel for Defendant Lupo pursuant to D.C.COLO.LAttyR 5(b), and in support thereof, states the following.

1.    Pursuant to D.C.Colo.LAttyR 5(a), Ann B. Smith and Michaela S. Morrissey, of the law firm of VAUGHAN & DeMURO, entered their appearance on behalf of Defendant Lupo (Docs. 204 and 205) after being retained by Wellpath on Defendant Lupo's behalf with the understanding that Wellpath would be responsible for fees and costs incurred in such defense.

2.    Good cause exists for withdrawal as Wellpath has advised Vaughan & DeMuro that Wellpath has determined to withdraw its defense of Defendant Lupo in this matter and will not be compensating undersigned counsel for further services and no alternative arrangements have been made.

3.  Pursuant to D.C.COLO.LAttyR 5(b), Notice has been provided to Defendant Lupo that he is responsible for complying with all court orders and time limitations in this matter.

4.  Defendant Lupo's current contact information is as follows: 7934 French Road, Colorado Springs, Colorado, 80920-8006; (810) 964-2930 (cell); (719) 203-6460 (home).

5.  A copy of this Motion has previously been provided to Defendant Lupo and is being provided again as set forth in the certificate of service below.

WHEREFORE, Ann B. Smith requests that this Court enter an order accepting her withdrawal as counsel of record on behalf of Defendant Lupo.

Respectfully submitted,

Date: January 20, 2026

s/ Ann B. Smith
Ann B. Smith
    VAUGHAN & DeMURO
    6760 Corporate Drive, Suite 220
    Colorado Springs, CO 80919
    (719) 578-5500 (phone)
    asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT LUPO

**CERTIFICATE OF COMPLIANCE WITH PRACTICE STANDARD III(A)(1)**

I hereby certify that the foregoing paper complies with the length limitation set forth in DDD Civ. P.S. III(A)(1).

s/ Ann B. Smith
Ann B. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of January, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

2

**Anna Holland Edwards, Esq.**
anna@hheglaw.com

**Dan Weiss, Esq.**
dan@hheglaw.com

**Rachel Claire Kennedy, Esq.**
rachel@hheglaw.com

**Christopher R. Jones, Esq.**
crjones@grsm.com

**Elizabeth Bryan McGowan, Esq.**
emcgowan@grsm.com

**Zachary H. Hemenway, Esq.**
zachary.hemenway@stinson.com

and I hereby certify that the foregoing sent via e-mail to the following:

[CLIENT COPY]
Anthony Lupo
(via private e-mail address)

                                                     s/ Ann B. Smith
                                                    Ann B. Smith