IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 23-cv-1211-DDD-MDB**

THE ESTATE OF CRISTO JESUS CANETT,
By and through its personal representative Elizabeth Naranjo;

    Plaintiff,

v.

WELLPATH, LLC, as a nominal defendant;
WELLPATH LIQUIDATING TRUST, as a nominal defendant;
ANTHONY LUPO, individually;
MICHELLE SILVA, individually;

    Defendants.

---

**UNOPPOSED MOTION TO CONTINUE FEBRUARY 17, 2026 HEARING**

---

Plaintiff, by and through undersigned counsel, respectfully submits this Unopposed Motion to continue February 17, 2026 hearing as follows:

1. On January 16, 2026 Christopher Jones filed a Motion to Motions to Withdraw as Counsel for Defendant Michelle Silve (Doc #221).

2. On January 20, 2026 Ann Smith and Michaela Morrisey filed Motions to Withdraw as Counsel for Defendant Lupo (Docs. 223, 224).

3. On January 26, 2026 Magistrate Judge Braswell set a virtual hearing for February 17, 2026 at 1pm regarding these motions (Doc. #226).

4. Undersigned counsel will be in trial that week in front of Chief Judge Brimmer in the case of *Estate of Kelroy Newman v. Southwest Memorial Hospital, et al.* – 22-cv-1763-PAB-KAS.

1

5. Counsel for Plaintiff are a small firm and the entire office is involved in trial preparation and management.

6. Undersigned counsel respectfully requests that this hearing be rescheduled to the next week when the Plaintiff's law firm will no longer be in trial.

7. Undersigned counsel has conferred with counsel for Defendants and they do not object to the granting of this hearing being rescheduled.

WHEREFORE, Plaintiff respectfully requests the February 17, 2026 hearing be rescheduled.

Respectfully submitted this 28th day of January 2026.

HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC

*/s/ Anna Holland Edwards*
Anna Holland Edwards
Dan Weiss
1437 High Street
Denver, CO 80218
anna@hheglaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE FEBRUARY 17, 2026 HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Christopher R. Jones | Ann B. Smith |
| Elizabeth McGowan | Michaela S. Morrissey |
| GORDON REES SCULLY MANSUKHANI | VAUGHAN & DEMURO |
| crjones@grsm.com | asmith@vaughandemuro.com |
| emcgowan@grsm.com | mmorrissey@vaughandemuro.com |
| *Attorneys for Defendants Wellpath & Silva* | *Attorneys for Defendant Lupo* |

　　　　　　　　　　　　　　　　　　　　*/s/ Brooke Thiele-LaForest*
　　　　　　　　　　　　　　　　　　　　Brooke Thiele-LaForest, Paralegal

3