**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| AMBER HIRSCH, as administrator of the estate of decedent, MARCUS MAYS, and on behalf of decedent's next of kin, <br><br> Plaintiff, <br><br> v. <br><br> WILL COUNTY, Illinois, et al., <br><br> Defendants. | Case No.: 19 cv 7398 <br><br> Hon. Thomas M. Durkin, District Judge <br><br> Hon. Jeannice W. Appenteng, Magistrate Judge |

## MOTION TO WITHDRAW APPEARANCE AS ATTORNEY FOR DEFENDANT

Ronald E. Neroda, Edward A. Khatskin, Madeleine E. Young, Gina M. Rossi, and Lynn R. Kuznitz (collectively, "Counsel"), of Hall & Evans, LLC, move this Honorable Court for leave to withdraw their Appearances for Defendant, Olivia Simpri-Mensah, RN. In support of this motion, Counsel state as follows:

1. Defense Counsel filed their Appearances in this matter on behalf of Defendant, Olivia Simpri-Mensah ("Simpri-Mensah"). (Docs. #115, 269, 280, and 317).

2. Nurse Simpri-Mensah is a former employee of Wellpath LLC. Wellpath LLC filed bankruptcy in November of 2024.

3. Wellpath, LLC was to pay Counsel for their representation of Nurse Simpri-Mensah throughout the course of this litigation, but has now directed Counsel to withdraw their Appearances in this cause and advised that Wellpath, LLC will not pay Counsel for their representation of Nurse Simpri-Mensah, requiring Counsel to withdraw.

4. This information was conveyed to Nurse Simpri-Mensah by counsel via telephone and email on December 12, 2025.

5. Pursuant to Local Rule 83.17, a Notification of Party Contact Information is being

1

sent today via First Class Mail and e-mail to Nurse Simpri-Mensah. (Attached as Exhibit "A"). A copy of this Motion will also be sent to Nurse Simpri-Mensah via First Class Mail and e-mail immediately upon filing.

6. This Motion has not been noticed for presentment at the time of filing, however, if a hearing is necessary, Counsel proposes December 22, 2025, at 9:00 a.m., as a hearing date.

WHEREFORE, Ronald E. Neroda, Edward A. Khatskin, Madeleine E. Young, Gina M. Rossi, and Lynn R. Kuznitz respectfully request that this Honorable Court grant them leave to withdraw their Appearances in this cause and such other and further relief as this Court deems just and appropriate.

Respectfully submitted,

WELLPATH LLC

By: /s/ *Ronald E. Neroda*

Ronald E. Neroda – ARDC No. 6297276
Edward Khatskin – ARDC No. 6319840
Hall & Evans LLC
121 W. Wacker Drive, Suite 2150
Chicago, IL 60601
(224) 335-7557
nerodar@hallevans.com
khatskine@hallevans.com

Case No. 1:23-cv-01211-DDD-MDB   Document 231-2   filed 02/06/26   USDC Colorado
pg 3 of 4
Case: 1:19-cv-07398 Document #: 730 Filed: 12/12/25 Page 1 of 1 PageID #:12375

06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 19-cv-7398

**Case Title**: Amber Hirsch vs Will County, et al

**Judge**: Thomas J Durkin

**Name of Attorney submitting the motion to withdraw**:
Ronald E. Neroda

**Name of Client**:
Olivia Simpri-Mensah

**Mailing address of Client**: 2904 Grand Prairie Drive

**City:** Joliet          **State:** IL

**Zip:** 60431          **Telephone Number:** Unknown

I attest that the above information is true and correct to the best of my knowledge.

Signed: *Ronald E. Neroda*

Date: 12/12/2025

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Amber Hirsch

                Plaintiff,

v.                                    Case No.: 1:19–cv–07398
                                    Honorable Thomas M. Durkin

Will County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 22, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Motion hearing held on 12/22/2025. For the reasons stated on the record, the motion to withdraw appearance [730] is denied without prejudice. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.