**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.:** 1:23-cv-01211-DDD-MDB

THE ESTATE OF CRISTO JESUS CANETT,
by and through its personal representative, Elizabeth Naranjo;

　　　Plaintiff,

v.

WELLPATH, LLC;
SHERIFF JOSEPH ROYBAL, in his official capacity;
ANTHONY LUPO, individually; and
MICHELLE SILVA, individually;

　　　Defendants.

---

**NOTICE RE: FEBRUARY 17, 2026 HEARING**

---

1.　　　On February 17, 2026, this Court held a hearing on undersigned counsel's motion to withdraw on behalf of certain individually named defendants.

2.　　　The Court held the motion in abeyance while undersigned counsel discussed with his firm whether the firm could accept the individually named defendants on a pro bono basis.

3.　　　Unfortunately, undersigned counsel cannot accept the individually named defendants on a pro bono basis.

4.　　　Accordingly, undersigned counsel respectfully renews the motion to withdraw on behalf of Defendant Silva.

Respectfully submitted this 20th day of February 2026.

Gordon Rees Scully Mansukhani, LLP

*/s/ Christopher R. Jones*
Christopher R. Jones
555 15th St., Ste. 3400
Denver, CO 80202
Telephone: (303) 534-5160
Facsimile: (303) 534-5161

2

## CERTIFICATE OF SERVICE

I certify that on this 20th day of February 2026, a copy of the foregoing was electronically filed with the Clerk of the United States District Court which will send notification of such to counsel of record.

*/s/ Christopher R. Jones*
For Gordon Rees Scully Mansukhani LLP

3