IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No:  23-cv-01211-DDD-MDB          Date:  February 17, 2026
Courtroom Deputy:    E. Lopez Vaughan          FTR:   Courtroom 101

| *Parties:* | *Counsel:* |
|---|---|
| Elizabeth Naranjo | Dan Weiss |
| | Rachel Kennedy |
| Plaintiff, | |
| v. | |
| Wellpath, et al | Christopher Jones |
| | Anthony Moore |
| Defendants. | |

Civil Action No:  23-cv-01847-GPG-MDB

| | |
|---|---|
| David Murray | Ellen Carlson |
| Plaintiff, | |
| v. | |
| Wellpath LLC, et al | Christopher Jones |
| | Ann Smith |

Civil Action No: 24-00926-RMR-MDB

| | |
|---|---|
| Starr Rios | Reid Allison |
| Plaintiff, | |
| v. | |
| Wellpath LLC, et al | Christopher Jones |
| | Michael Sink |
| Defendants, | Ashlee Hesman |
| | Allison Ailer |

Civil Action No: 25-cv-01599-GPG-MDB

Rachel Frey                                                    Benjamin Van Horn
                                                               Brian Jacobsmeyer

    Plaintiff,

v.

Wellpath, LLC, et al                                          Christopher Jones
                                                              Mark Stinnett
    Defendants,                                          Bryan Schmid

---

## COURTROOM MINUTES

---

**MOTION HEARING**

**1:01 p.m.      Court in session.**

The above-captioned matters are being addressed by the Court contemporaneously. Appearances entered.

The Court hears oral arguments on the following:

**23-cv-01211-DDD-MDB (NARANJO)**
- Defendant Wellpath, LLC *Motion to Withdraw* at ECF No. 221 by Counsel Christopher Jones
- Defendant Lupo's *Motion to Withdraw* at ECF No. 223 by Counsel Ann Smith
- Defendant Lupo's *Motion to Withdraw* at ECF No. 224 by Counsel Michaela Morrisey

**23-cv-01847-GPG-MDB (MURRAY)**
- Defendant Wellpath, LLC *Motion to Withdraw* at ECF No. 242 by Counsel Christoper Jones

**24-cv-00926-RMR-MDB (RIOS)**
- Wellpath Defendants' *Motion for Leave to Restrict* at ECF No. 184 (see also ECF No. 185)
- Wellpath Defendants' *Motion to Withdraw* at ECF No. 185.

2

*25-cv-01599-GPG-MDB (FREY)*

- Defendant Eliana Coral's *Motion to Withdraw as Attorney* at ECF No. 70 by Counsel Christopher Jones

**ORDERED:**   For reasons stated on the record, the Motion at ECF No. 185 in the *Rios* matter is **GRANTED** and counsel is hereby terminated as attorney of record.

The Court takes the parties statements under advisement and will issue separate written orders on all other motions.

**1:18 a.m.**      **Court in recess.**

Hearing concluded.
Total in-court time    00:17

\*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.